# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | )Criminal No. 04-10299-PBS |
| v. | ) |
| | )VIOLATIONS: |
| 1. Luz LUCIANO, | ) |
|     a/k/a Chila, | )21 U.S.C. §846 - Conspiracy to |
| 2. Daniel AGUILAR, | )Possess with Intent to |
|     a/k/a "Lik" | )Distribute Cocaine |
| 3. Roberto SOLORIO, | ) |
| 4. Ricardo ESTRADA, | )21 U.S.C. § 853 - Criminal |
| 5. Andres MARTINEZ, | )Forfeiture |
|     a/k/a Castro Casimiro, | ) |
|     a/k/a Joel Zequeira, | ) |
| 6. Jose ROSALES, | ) |
|     a/k/a Tony, | ) |
|     a/k/a Tono, | ) |
|     a/k/a Joel Agostini, | ) |
| 7. Valentin MARTINEZ, | ) |
|     a/k/a Valentin RIVERA, | ) |
|     a/k/a "V", | ) |
|     a/k/a Vale, | ) |
| 8. Kelvin MADERA, | ) |
|     a/k/a Manolo LNU, | ) |
|     a/k/a Manuel GERMOSEN, | ) |
| 9. Abdallah HAMDAN, | ) |
| 10. Ricardo MARTINEZ, | ) |
|     a/k/a Chorizo, | ) |
|     a/k/a Chori, | ) |
| 11. Howard GREENBERG, | ) |
| 12. EDGAR HOFFENS, | ) |
|     a/k/a Carlos Colon Rivera, | ) |
|     a/k/a Tigueron, | ) |
| 13. Rogelio GARCIA, | ) |
|     a/k/a Lacuilla, | ) |
| 14. Javier Angel Romero, | ) |
|     a/k/a Ramon ACOSTA, | ) |
| 15. Cristian GERMOSEN, | ) |
| 16. Juan MARTINEZ, | ) |
|     a/k/a Marcelino Cuevas, | ) |
|     a/k/a Chon, | ) |
| 17. Gerardo Vasseur ORTIZ, | ) |
|     a/k/a Scarface, | ) |
| 18. Phillip ASARO, | ) |
| 19. Silvestre LIZARDI, | ) |

2

```
20. Robert RUSCIO,              )
21. Giovanni AVILA,             )
        a/k/a Gio,              )
        a/k/a the Painter,      )
22. Gilberto ZAYAS,             )
        a/k/a Tony,             )
23. Luis DEJESUS,               )
        a/k/a Edgardo,          )
24. Benito GRULLON,             )
        a/k/a "Quico"           )
```

**Defendants.**

**FIRST SUPERSEDING INDICTMENT**

**COUNT ONE:**      **(21 United States Code Section 846 - Conspiracy to Possess with Intent to Distribute Cocaine)**

The Grand Jury charges that:

From an unknown date but at least by in or about January 2001 and continuing until on or about May 1, 2004 at Lynn, Danvers, Peabody, Salem, and elsewhere in the District of Massachusetts, at the Bronx and Manhattan in the Southern District of New York, at Mexico, and elsewhere,

```
        1. Luz LUCIANO,
            a/k/a Chila,
        2. Daniel AGUILAR,
            a/k/a "Lik"
        3. Roberto SOLORIO,
        4. Ricardo ESTRADA,
        5. Andres MARTINEZ,
      a/k/a Castro Casimiro,
      a/k/a Joel Zequeira,
        6. Jose ROSALES,
            a/k/a Tony,
            a/k/a Tono,
      a/k/a Joel Agostini,
        7. Valentin MARTINEZ,
      a/k/a Valentin RIVERA,
            a/k/a "V",
```

a/k/a Vale,
8. Kelvin MADERA,
a/k/a Manolo LNU,
a/k/a Manuel GERMOSEN,
9. Abdallah HAMDAN,
10. Ricardo MARTINEZ,
a/k/a Chorizo,
a/k/a Chori,
11. Howard GREENBERG,
12. EDGAR HOFFENS,
a/k/a Carlos Colon Rivera,
a/k/a Tigueron,
13. Rogelio GARCIA,
a/k/a Lacuilla,
14. Javier Angel Romero,
a/k/a Ramon ACOSTA,
15. Cristian GERMOSEN,
16. Juan MARTINEZ,
a/k/a Marcelino Cuevas,
a/k/a Chon,
17. Gerardo Vasseur ORTIZ,
a/k/a Scarface,
18. Phillip ASARO,
19. Silvestre LIZARDI,
20. Robert RUSCIO,
21. Giovanni AVILA,
a/k/a Gio,
a/k/a the Painter,
22. Gilberto ZAYAS,
a/k/a Tony,
23. Luis DEJESUS,
a/k/a Edgardo,
24. Benito GRULLON,
a/k/a "Quico"

defendants herein, knowingly and intentionally combined,

conspired, and agreed with each other and with other persons

known and unknown to the Grand Jury, to possess with intent to

distribute and distribute cocaine, a Schedule II controlled

substance, in violation of Title 21, United States Code, Section

841(a)(1).

4

It is further alleged that the conspiracy involved five kilograms or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 846 and 841(b)(1)(A)(ii).

5

## DRUG FORFEITURE ALLEGATION

### (21 U.S.C. §853 -- Criminal Forfeiture)

The Grand Jury further charges that:

1.    As a result of committing one or more of the offenses alleged in Count One of this indictment,

1. Luz LUCIANO,
a/k/a Chila,
2. Daniel AGUILAR,
a/k/a "Lik"
3. Roberto SOLORIO,
4. Ricardo ESTRADA,
5. Andres MARTINEZ,
a/k/a Castro Casimiro,
a/k/a Joel Zequeira,
6. Jose ROSALES,
a/k/a Tony,
a/k/a Tono,
a/k/a Joel Agostini,
7. Valentin MARTINEZ,
a/k/a Valentin RIVERA,
a/k/a "V",
a/k/a Vale,
8. Kelvin MADERA,
a/k/a Manolo LNU,
a/k/a Manuel GERMOSEN,
9. Abdallah HAMDAN,
10. Ricardo MARTINEZ,
a/k/a Chorizo,
a/k/a Chori,
11. Howard GREENBERG,
12. EDGAR HOFFENS,
a/k/a Carlos Colon Rivera,
a/k/a Tigueron,
13. Rogelio GARCIA,
a/k/a Lacuilla,
14. Javier Angel Romero,
a/k/a Ramon ACOSTA,
15. Cristian GERMOSEN,
16. Juan MARTINEZ,
a/k/a Marcelino Cuevas,

6

a/k/a Chon,
17. Gerardo Vasseur ORTIZ,
a/k/a Scarface,
18. Phillip ASARO,
19. Silvestre LIZARDI,
20. Robert RUSCIO,
21. Giovanni AVILA,
a/k/a Gio,
a/k/a the Painter,
22. Gilberto ZAYAS,
a/k/a Tony,
23. Luis DEJESUS,
a/k/a Edgardo,
24. Benito GRULLON,
a/k/a "Quico"

defendants herein, shall forfeit to the United States, pursuant to
21 U.S.C. §853: (1) any and all property constituting or derived
from any proceeds the said defendant obtained directly or
indirectly as a result of the charged offense; and (2) any and all
property used or intended to be used in any manner or part to
commit and to facilitate the commission of the offense, including,
but not limited to, the following:

(a)   $1,150.00 in United States currency, seized from
      Giovanni Enrique Avila on or about May 1, 2004;

(b)   $19,000.00 in United States currency, seized from
      Giovanni's Auto Body, 892 Washington Street, Lynn,
      Massachusetts, on or about May 1, 2004;

(c)   a 2000 Freightliner Tractor Classic XL, Vehicle
      Identification    No.    1FUPCSEB9YDB42682,    and
      California License No. UP20575, registered in the
      name of Ricardo Estrada;

(d)   $21,042.00 in U.S. Currency, seized from 29 Hardy
      Avenue, Newburyport, Massachusetts, on or about May
      1, 2004;

7

(e) $1,213.00 in U.S. Currency, seized from Silvester Lizardi, on or about May 1, 2004;

(f) the real property and buildings located at 892-898 Washington Street, Lynn, Massachusetts, which contains a auto body shop commonly known as "Giovanni's European Auto Body," a/k/a "Giovanni's BMW Auto Body", with a Deed recorded at Book 12349, Page 135, of the Southern Essex County Registry of Deeds;

(g) $6,000 in U.S. Currency, seized from Judith Collado and Ruth Saldivar on or about May 5, 2004;

(h) $4,360 in U.S. Currency, seized from Valentin Martinez on or about May 1, 2004; and

(i) $25,300 in U.S. Currency, seized from Phillip Asaro on or about May 1, 2004.

2. If any of the above-described forfeitable properties, as a result of any act or omission of the defendants:

(a) cannot be located upon the exercise of due diligence;

(b) have been transferred or sold to, or deposited with, a third party;

(c) have been placed beyond the jurisdiction of the Court;

(d) have been substantially diminished in value; or

(e) have been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to 21 U.S.C. §853(p), to seek forfeiture of any other property of said defendants up to the value of the above forfeitable properties, including, but not limited to, the following:

8

(1)  the real property located at 88 Windsor Avenue,
     Swampscott, Massachusetts, including all buildings,
     appurtenances, and improvements thereon, with a
     Deed recorded at Book 23089, Page 204, of the
     Southern Essex County Registry of Deeds and Land
     Court Certificate No. 77407; and

(2)  the real property located at 7A Buffum Street,
     Salem, Massachusetts, including all buildings,
     appurtenances, and improvements thereon, with a
     Deed recorded at Book 23089, Page 215, of the
     Southern Essex County Registry of Deeds.

All in violation of Title 21, United States Code, Section 853.

9

A TRUE BILL

FOREPERSON OF THE GRAND JURY

ASSISTANT U.S. ATTORNEY

DISTRICT OF MASSACHUSETTS; October 6, 2004

Returned into the District Court by the Grand Jurors and filed.

DEPUTY CLERK        2:07

JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

**Criminal Case Cover Sheet**                          **U.S. District Court - District of Massachusetts**

**Place of Offense:**              **Category No.** II              **Investigating Agency** DEA

**City**  Lynn                          **Related Case Information:**

**County**  Essex                        Superseding Ind./ Inf.  X          Case No.  04-10299 PBS
                                        Same Defendant    x         New Defendant
                                        Magistrate Judge Case Number
                                        Search Warrant Case Number    04-M-1720-1730
                                        R 20/R 40 from District of

**Defendant Information:**

**Defendant Name**  LUZ LUCIANO                    Juvenile:     ☐ Yes     X No

**Alias Name**  "Chila"

**Address**

**Birthdate:** _____ SS # _____ Sex: FEM  Race: Hispanic      Nationalit Guatemala

**Defense Counsel if known:**    Michael Bourbeau, Esq.     Address 77 Central Street, Boston, MA

**Bar Number**

**U.S. Attorney Information:**

**AUSA**  Robert L. Peabody.                **Bar Number if applicable**  551936

**Interpreter:**     X Yes     No          **List language and/or dialect:**     Spanish

**Matter to be SEALED:**     Yes  X  ▓▓▓▓▓▓

          Warrant Requested          X ▓▓▓▓▓▓▓▓▓▓     In Custody

**Location Status:**

Arrest Date     5/01/04

   Already in Federal Custody as of _____ in _____

☐ Already in State Custody at ————————— ☐ Serving Sentence     ☐ Awaiting Trial

X On Pretrial Release:   Ordered by:  Mag. Judge Swartwood     on

**Charging Document:**     Complaint     ☐ Information     X Indictment

**Total # of Counts:**     ☐ Petty _____ ☐ Misdemeanor _____ X Felony     1

Continue on Page 2 for Entry of U.S.C. Citations

I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
accurately set forth above.

Date: 10/6/04          Signature of AUSA: _Robert L. Peabody._

JS 45 (5/97)  (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**    LUZ LUCIANO

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 USC 846 | CONSPIRACY DISTRIBUTE COCAINE | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

## Criminal Case Cover Sheet                    U.S. District Court - District of Massachusetts

**Place of Offense:**          **Category No.** II          **Investigating Agency** DEA

**City** Lynn          **Related Case Information:**

**County** Essex          Superseding Ind./ Inf.   X          Case No.   04-10299 PBS
                         Same Defendant     x          New Defendant
                         Magistrate Judge Case Number
                         Search Warrant Case Number   04-M-1720-1730
                         R 20/R 40 from District of

## Defendant Information:

**Defendant Name**   DANIEL AGUILAR          Juvenile:          ☐ Yes    X No

**Alias Name**   "LIK"

**Address**

**Birthdate:** _____ **SS #** _____ **Sex:** MALE **Race:** Hispanic    **Nationalit** Mexican

**Defense Counsel if known:**   Benjamin Entine, Esq.          **Address** 77 Franklin Street, Boston, MA

**Bar Number**                                   617-357-0770

## U.S. Attorney Information:

**AUSA**   Robert L. Peabody,          **Bar Number if applicable**   551930

**Interpreter:**   X Yes    No          List language and/or dialect:   Spanish

**Matter to be SEALED:**          Yes ▓▓▓▓▓▓▓

          Warrant Requested          ☐ Regular Process          X In Custody

## Location Status:

Arrest Date   5/01/04

X Already in Federal Custody as of _____ in   Wyatt Detention, Central Falls, RI .
☐ Already in State Custody at _____ ☐ Serving Sentence          ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by: _____ on _____

**Charging Document:**          Complaint          ☐ Information          X Indictment

**Total # of Counts:**          ☐ Petty ——————— ☐ Misdemeanor ——————— X Felony ——1——

Continue on Page 2 for Entry of U.S.C. Citations

**I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
accurately set forth above.**

Date:   10/6/04          Signature of AUSA:   Robert Peabody

JS 45 (5/97)   (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**   DANIEL AGUILAR _____

### U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1   21 USC 846 | CONSPIRACY DISTRIBUTE COCAINE | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

js-45-augilua.wpd - 2/7/02

JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

## Criminal Case Cover Sheet                          U.S. District Court - District of Massachusetts

**Place of Offense:**            **Category No.**  II            **Investigating Agency**  DEA

**City**  Lynn

**County**  Essex                **Related Case Information:**

Superseding Ind./ Inf.  X            Case No.  04-10299 PBS
Same Defendant      x            New Defendant
Magistrate Judge Case Number
Search Warrant Case Number  04-M-1720 to 1730
R 20/R 40 from District of

### Defendant Information:

**Defendant Name**  ROBERTO SOLORIO            Juvenile:    ☐ Yes    X No

**Alias Name**

**Address**

**Birthdate:**        SS #        Sex:  MALE  Race:  Hispanic        Nationalit  Mexican

**Defense Counsel if known:**    Syrie Fried, Esq.        Address  Federal Defender

**Bar Number**                            617-223-8061

### U.S. Attorney Information:

**AUSA**  Robert L. Peabody.        Bar Number if applicable    551936

**Interpreter:**    X Yes    No        List language and/or dialect:    Spanish

**Matter to be SEALED:**        Yes

        Warrant Requested                        In Custody

### Location Status:

Arrest Date        5/01/04

    Already in Federal Custody as of                    in

☐ Already in State Custody at ———————— ☐ Serving Sentence    ☐ Awaiting Trial

X On Pretrial Release:    Ordered by:    Mag. Judge Swartwood        on

**Charging Document:**    Complaint    ☐ Information        X Indictment

**Total # of Counts:**    ☐ Petty            ☐ Misdemeanor            X Felony    1

Continue on Page 2 for Entry of U.S.C. Citations

**I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
accurately set forth above.**

Date:  10/6/04        Signature of AUSA:   Robert L. Peabody.

JS 45 (5/97) (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**    ROBERTO SOLORIO

### U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 USC 846 | CONSPIRACY DISTRIBUTE COCAINE | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

**Criminal Case Cover Sheet**                    <u>**U.S. District Court - District of Massachusetts**</u>

**Place of Offense:**          **Category No.** <u>II</u>          **Investigating Agency** <u>DEA</u>

**City** <u>Lynn</u>                    **Related Case Information:**

**County** <u>Essex</u>          Superseding Ind./ Inf. <u>X</u>          Case No. <u>04-10299 PBS</u>
                               Same Defendant <u>x</u>          New Defendant
                               Magistrate Judge Case Number ▬▬▬▬▬
                               Search Warrant Case Number <u>04 M 1720- to 1730, 04-M 1738</u>
                               R 20/R 40 from District of

**Defendant Information:**

Defendant Name <u>RICARDO ESTRADA</u>          Juvenile:     ☐ Yes    X No

Alias Name

Address

Birthdate: _____ SS # _____   Sex: <u>MALE</u>  Race: <u>Hispanic</u>   Nationalit <u>Mexican</u>

**Defense Counsel if known:**   Eliot Weinstein, Esq.        Address <u>228 Lewis Wharf</u>

Bar Number                                <u>617-367-9334</u>

**U.S. Attorney Information:**

AUSA <u>Robert L. Peabody.</u>          Bar Number if applicable <u>551936</u>

**Interpreter:**   X Yes    No       List language and/or dialect:   <u>Spanish</u>

**Matter to be SEALED:**       Yes ▬▬▬

            Warrant Requested       ☐ Regular Process          X In Custody

**Location Status:**

Arrest Date

X Already in Federal Custody as of _____          <u>Wyatt Detention, Central Falls, RI</u> .
☐ Already in State Custody at ————————— ☐ Serving Sentence    ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by: _____ on _____

**Charging Document:**     Complaint     ☐ Information     X Indictment

**Total # of Counts:**   ☐ Petty ———   ☐ Misdemeanor ———   X Felony —1—

Continue on Page 2 for Entry of U.S.C. Citations

**I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date: <u>10/6/04</u>          Signature of AUSA:   _Robert L. Peabody_

JS 45  (5/97)  (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**    RICARDO ESTRADA _____

### U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 USC 846 | CONSPIRACY DISTRIBUTE COCAINE | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

_____

JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

**Criminal Case Cover Sheet**                          **U.S. District Court - District of Massachusetts**

**Place of Offense:**            **Category No.** II ____            **Investigating Agency** __DEA__

**City** __Lynn__                      **Related Case Information:**

**County** __Essex__                  Superseding Ind./ Inf. __X__         Case No. __04-10299 PBS__
                                       Same Defendant _____      New Defendant __x__
                                       Magistrate Judge Case Number  ▚▚▚▚▚▚▚▚▚
                                       Search Warrant Case Number  __04-M-1720-to-1730__
                                       R 20/R 40 from District of  _____

**Defendant Information:**

Defendant Name  __ANDRES MARTINEZ__                  Juvenile:    ☐ Yes    X No

Alias Name  __CASTRO CASIMIRO  AKA SACAIDA AKA JOEL ZEQUEIRA__

Address  _____

Birthdate: _____  SS # __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__  Sex: __MALE__  Race: __Hispanic__      Nationalit __Mexican__

**Defense Counsel if known:**      John Cicilline, Esq.            Address __381 Atwells Ave., Providence, RI__

Bar Number  _____

**U.S. Attorney Information:**

AUSA  __Robert L. Peabody.__                      Bar Number if applicable  __551936__

**Interpreter:**    X Yes    No        List language and/or dialect:        __Spanish__

**Matter to be SEALED:**        Yes  ▚▚▚▚▚▚

        Warrant Requested          ☐ Regular Process          X In Custody

**Location Status:**

Arrest Date      __5/1/2004__

X Already in Federal Custody as of  _____ in  __Wyatt Detention, Central Falls, RI__ .
☐ Already in State Custody at _____  ☐ Serving Sentence      ☐ Awaiting Trial
☐ On Pretrial Release:    Ordered by: _____  on  _____

**Charging Document:**        Complaint        ☐ Information        X Indictment

**Total # of Counts:**    ☐ Petty ———    ☐ Misdemeanor ———    X Felony — 1 —

Continue on Page 2 for Entry of U.S.C. Citations

**I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
accurately set forth above.**

Date: __10/5/04__              Signature of AUSA: _Robert L. Peabody_

JS 45  (5/97)  (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**    ANDRES MARTINEZ _____

### U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 USC 846 | CONSPIRACY DISTRIBUTE COCAINE | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

js-45-andres.wpd - 2/7/02

JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

**Criminal Case Cover Sheet**                         **U.S. District Court - District of Massachusetts**

**Place of Offense:**          **Category No.** II         **Investigating Agency** DEA

**City** Lynn                    **Related Case Information:**

**County** Essex                 Superseding Ind./ Inf. X          Case No. 04-10299 PBS
                                 Same Defendant          New Defendant x
                                 Magistrate Judge Case Number ▓▓▓▓▓▓▓
                                 Search Warrant Case Number 04-M-1720 to 1730
                                 R 20/R 40 from District of

**Defendant Information:**

Defendant Name   JOSE ROSALES                        Juvenile:      ☐ Yes    X No

Alias Name       TONY  AKA TONO  AKA JOEL AGOSTINI

Address          88 NEWARK ST. LYNN MA

Birthdate: 5/10/76    SS # 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  Sex: MALE  Race: Hispanic       Nationalit Mexican

**Defense Counsel if known:**    Raymond A. O'Hara, Esq.      Address 1 Exchange Place., Worcester, MA

Bar Number

**U.S. Attorney Information:**

AUSA   Robert L. Peabody.                      Bar Number if applicable   551936

**Interpreter:**     X Yes      No        List language and/or dialect:        Spanish

**Matter to be SEALED:**       Yes ▓▓▓▓▓

        Warrant Requested        ☐ Regular Process       X In Custody

**Location Status:**

Arrest Date        5/1/04

X Already in Federal Custody as of _____ in   Wyatt Detention, Central Falls, RI  .
☐ Already in State Custody at _____  ☐ Serving Sentence      ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by: _____  on

**Charging Document:**       Complaint      ☐ Information       X Indictment

**Total # of Counts:**    ☐ Petty ———    ☐ Misdemeanor ———    X☐ Felony —— 1

Continue on Page 2 for Entry of U.S.C. Citations

**I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date:  10/6/04          Signature of AUSA:   _Robert L. Peabody_

JS 45 (5/97)  (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**    JOSE ROSALES _____

### U.S.C. Citations

| | __Index Key/Code__ | __Description of Offense Charged__ | __Count Numbers__ |
|---|---|---|---|
| Set 1 | 21 USC 846 | CONSPIRACY DISTRIBUTE COCAINE | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

**Criminal Case Cover Sheet**        **U.S. District Court - District of Massachusetts**

**Place of Offense:**     **Category No.**   II     **Investigating Agency**    DEA

**City**   Lynn       **Related Case Information:**

**County**   Essex      Superseding Ind./ Inf.    X      Case No.    04-10299 PBS
                         Same Defendant            New Defendant   x
                         Magistrate Judge Case Number   ▇▇▇▇▇▇▇▇▇
                         Search Warrant Case Number    04-M-1720 to 1730
                         R 20/R 40 from District of

**Defendant Information:**

Defendant Name    VALENTIN MARTINEZ       Juvenile:      ☐ Yes    X No

Alias Name      VALENTIN RIVERA

Address      108 JOHNSON STREET, LYNN, MA

Birthdate:   12/20/69    SS #   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   Sex:   MALE   Race:   Hispanic      Nationalit   Mexican

**Defense Counsel if known:**     Ronald Ian Segal, Esq.      Address   23 Central Ave., Lynn, MA

Bar Number

**U.S. Attorney Information:**

AUSA    Robert L. Peabody.         Bar Number if applicable    551936

**Interpreter:**    X Yes    X No      List language and/or dialect:     Spanish

**Matter to be SEALED:**      Yes   ▇▇▇No

     Warrant Requested      ☐ Regular Process      x In Custody

**Location Status:**

Arrest Date     5/1/04

x   Already in Federal Custody as of             in    Wyatt Detention, Central Falls, RI   .
☐   Already in State Custody at _____    ☐ Serving Sentence     ☐ Awaiting Trial
☐   On Pretrial Release:   Ordered by: _____   on

**Charging Document:**      Complaint      ☐ Information      X Indictment

**Total # of Counts:**     ☐ Petty _____    ☐ Misdemeanor _____    X☐ Felony ——1——

Continue on Page 2 for Entry of U.S.C. Citations

I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date:   10/6/04        Signature of AUSA:    *Robert L. Peabody*

JS 45  (5/97)   (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**    VALENTIN MARTINEZ

**U.S.C. Citations**

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1   21 USC 846 | CONSPIRACY DISTRIBUTE COCAINE | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:** _____

JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

**Criminal Case Cover Sheet**                           **U.S. District Court - District of Massachusetts**

**Place of Offense:**                    **Category No.**  II _____     **Investigating Agency**  DEA _____

**City**   Lynn _____                  **Related Case Information:**

**County**   Essex _____               Superseding Ind./ Inf.   X _____     Case No.   04-10299 PBS
                                         Same Defendant _____     New Defendant  x _____
                                         Magistrate Judge Case Number _____
                                         Search Warrant Case Number   04-M-1720 to 1730
                                         R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name   KELVIN MADERA _____        Juvenile:     ☐ Yes     X No

Alias Name   MANOLO LNU _____

Address   65 FREEMAN AVENUE, EVERETT, MA 02149 _____

Birthdate: 5/22/66 _____   SS # 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   Sex:  MALE   Race:  Hispanic _____   Nationalit  Dominican _____

**Defense Counsel if known:**     Steven Judge, Esq. _____     Address  23 Central Ave., Lynn, MA _____

Bar Number _____

**U.S. Attorney Information:**

AUSA   Robert L. Peabody _____     Bar Number if applicable   551936 _____

**Interpreter:**     X Yes     No     List language and/or dialect:     spanish _____

**Matter to be SEALED:**     Yes   ~~NO~~

          Warrant Requested     ☐ Regular Process     X In Custody

**Location Status:**

Arrest Date   5/1/04 _____

X Already in Federal Custody as of _____   in   Wyatt Detention, Central Falls, RI _____ .
☐ Already in State Custody at _____   ☐ Serving Sentence     ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by: _____   on _____

**Charging Document:**     Complaint     ☐ Information     X Indictment

**Total # of Counts:**     ☐ Petty ——     ☐ Misdemeanor ——     X☐ Felony —— 1

Continue on Page 2 for Entry of U.S.C. Citations

**I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date:   10/6/04 _____     Signature of AUSA:   _____

JS 45 (5/97)  (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**    KELVIN MADERA _____

### U.S.C. Citations

| <u>Index Key/Code</u> | <u>Description of Offense Charged</u> | <u>Count Numbers</u> |
|---|---|---|
| Set 1  21 USC 846 | CONSPIRACY DISTRIBUTE COCAINE | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

js-45-madera.wpd - 2/7/02

JS 45  (5/97) - (Revised U.S.D.C. MA 2/7/02)

## Criminal Case Cover Sheet                    U.S. District Court - District of Massachusetts

**Place of Offense:**          **Category No.**  II          **Investigating Agency**   DEA

**City**   Lynn                **Related Case Information:**

**County**   Essex             Superseding Ind./ Inf.   X          Case No.   04-10299 PBS
                               Same Defendant                   New Defendant  x
                               Magistrate Judge Case Number      ▓▓▓▓▓▓▓▓▓▓
                               Search Warrant Case Number     04-M-1720 to 1730
                               R 20/R 40 from District of

**Defendant Information:**

Defendant Name   ABDALLAH HAMDAN                    Juvenile:        ☐ Yes   X  No

Alias Name

Address    10 ROOSEVELT ST METHUEN MA

Birthdate:  1/17/76     SS #  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  Sex:  MALE  Race:  Arabic          Nationalit  Palestinian

**Defense Counsel if known:**      Melvin Norris, Esq.          Address  260 Boston Post Rd., Wayland, MA

Bar Number

**U.S. Attorney Information:**

AUSA   Robert L. Peabody.                    Bar Number if applicable   551936

**Interpreter:**      ☐ Yes    X  No         List language and/or dialect:

**Matter to be SEALED:**          Yes  ▓▓▓▓▓▓▓

        Warrant Requested          ☐ Regular Process          X  In Custody

**Location Status:**

Arrest Date        5/1/04

X  Already in Federal Custody as of                    in    Wyatt Detention, Central Falls, RI    .
☐  Already in State Custody at ————————— ☐ Serving Sentence    ☐ Awaiting Trial
☐  On Pretrial Release:    Ordered by:                    on

**Charging Document:**      Complaint      ☐ Information      X  Indictment

**Total # of Counts:**      ☐ Petty ——————  ☐ Misdemeanor ——————  ☐ X Felony ——|——

Continue on Page 2 for Entry of U.S.C. Citations

I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
accurately set forth above.

Date:    10/6/04          Signature of AUSA:    Robert L. Peabody.

JS 45  (5/97)   (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**    ABDALLAH HAMDAN

**U.S.C. Citations**

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 21 USC 846 | CONSPIRACY DISTRIBUTE COCAINE | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

_____

JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

**Place of Offense:**          **Category No.**  II          **Investigating Agency**  DEA

**City**  Lynn                  **Related Case Information:**

**County**  Essex               Superseding Ind./ Inf.   X            Case No.   04-10299 PBS
                               Same Defendant              New Defendant  x
                               Magistrate Judge Case Number
                               Search Warrant Case Number      04-M-1720 to 1730
                               R 20/R 40 from District of

**Defendant Information:**

Defendant Name   RICARDO MARTINEZ                    Juvenile:      ☐ Yes     X No

Alias Name      CHORIZO

Address         304 AMERICAN LEGION         REVERE, MA

Birthdate:  4/1/74      SS #  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  Sex:  MALE  Race:  Hispanic          Nationalit  Mexican

**Defense Counsel if known:**                       Address

Bar Number

**U.S. Attorney Information:**

AUSA   Robert L. Peabody.                    Bar Number if applicable

**Interpreter:**      X  Yes      No        List language and/or dialect:        Spanish

**Matter to be SEALED:**        Yes  ~~No~~

         Warrant Requested        ☐ Regular Process        In Custody

**Location Status:**

Arrest Date        FUGITIVE

   Already in Federal Custody as of                       in                                         .
☐ Already in State Custody at ————————— ☐ Serving Sentence      ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by:                     on

**Charging Document:**        Complaint      ☐ Information      X Indictment

**Total # of Counts:**     ☐ Petty ———— ☐ Misdemeanor ———— X☐ Felony — 1 —

Continue on Page 2 for Entry of U.S.C. Citations

   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
   accurately set forth above.

Date:   10/6/04          Signature of AUSA:    Robert L. Peabody .

JS 45 (5/97)  (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**    RICARDO MARTINEZ _____

### U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 USC 846 | CONSPIRACY DISTRIBUTE COCAINE | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:** _____

js-45-ricardo.wpd - 2/7/02

JS 45  (5/97) - (Revised U.S.D.C. MA 2/7/02)

## Criminal Case Cover Sheet                    U.S. District Court - District of Massachusetts

**Place of Offense:**          **Category No.**  II _____          **Investigating Agency**   DEA _____

**City**   Lynn _____          **Related Case Information:**

**County**   Essex _____          Superseding Ind./ Inf.    X _____          Case No.   04-10299 PBS
Same Defendant _____          New Defendant   x _____
Magistrate Judge Case Number ▓▓▓▓▓▓▓
Search Warrant Case Number    04-M-1720 to 1730 _____
R 20/R 40 from District of _____

## Defendant Information:

Defendant Name    HOWARD GREENBERG _____          Juvenile:    ☐ Yes    X No

Alias Name    HOWIE _____

Address    677 REVERE BEACH BLVD, REVERE, MA _____

Birthdate:  10/10/52 ___  SS #  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  Sex:  MALE  Race:  white ___          Nationalit  USA _____

**Defense Counsel if known:**    Roger Witkin, Esq. _____          Address  6 Beacon St., Boston, MA _____

Bar Number _____          _____

## U.S. Attorney Information:

AUSA   Robert L. Peabody. _____          Bar Number if applicable    551936 _____

**Interpreter:**    ☐ Yes    X No          List language and/or dialect: _____

**Matter to be SEALED:**          Yes   ▓▓▓▓ No

     Warrant Requested          X☐  Regular Process          In Custody

## Location Status:

Arrest Date          5/1/04 _____

    Already in Federal Custody as of _____  in _____  .
☐ Already in State Custody at _____  ☐ Serving Sentence          ☐ Awaiting Trial
X On Pretrial Release:    Ordered by:    Mag. Judge Swartwood _____  on _____

**Charging Document:**          Complaint          ☐ Information          X Indictment

**Total # of Counts:**          ☐ Petty ———          ☐ Misdemeanor ———          ☐ X Felony——— 1

Continue on Page 2 for Entry of U.S.C. Citations

**I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date:   10/6/04 _____          Signature of AUSA:   _Robert L. Peabody_

JS 45 (5/97) (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**    HOWARD GREENBERG _____

**U.S.C. Citations**

| <u>**Index Key/Code**</u> | <u>**Description of Offense Charged**</u> | <u>**Count Numbers**</u> |
|---|---|---|
| Set 1   21 USC 846 | CONSPIRACY DISTRIBUTE COCAINE | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:** _____

js-45-greenberg.wpd - 2/7/02

JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

**Criminal Case Cover Sheet**      **U.S. District Court - District of Massachusetts**

**Place of Offense:**      **Category No.** __II__      **Investigating Agency** __DEA__

**City** __Lynn__      **Related Case Information:**

**County** __Essex__      Superseding Ind./ Inf. __X__    Case No. __04-10299 PBS__
Same Defendant _____ New Defendant __x__
Magistrate Judge Case Number _____
Search Warrant Case Number __04-M-1720 to 1730__
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name __CARLOS  COLON-RIVERA__    Juvenile:    ☐ Yes    X No

Alias Name __TIGUERON__

Address __58 CAMPBELL ST , NEW BEDFORD, MA__

Birthdate: __8/27/64__   SS # __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__ Sex: __MALE__ Race: __Hispanic__   Nationality: __CostaRican__

**Defense Counsel if known:** __John E. Wall, Esq.__    Address __Boston, MA__

Bar Number _____

**U.S. Attorney Information:**

AUSA __Robert L. Peabody.__    Bar Number if applicable __551936__

**Interpreter:**   X Yes    No    List language and/or dialect:    Spanish

**Matter to be SEALED:**    Yes ▬▬▬

     Warrant Requested    X Regular Process    In Custody

**Location Status:**

Arrest Date _____

   Already in Federal Custody as of _____ in _____
☐ Already in State Custody at _____ ☐ Serving Sentence    ☐ Awaiting Trial
X On Pretrial Release:   Ordered by: __Mag. Judge Swartwood__ on _____

**Charging Document:**    Complaint    ☐ Information    X Indictment

**Total # of Counts:**    ☐ Petty ——— ☐ Misdemeanor ——— ☐X Felony —1—

Continue on Page 2 for Entry of U.S.C. Citations

**I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date: __10/6/04__      Signature of AUSA: _Robert L. Peabody_

JS 45 (5/97)  (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**    CARLOS  COLON-RIVERA _____

### U.S.C. Citations

| <u>Index Key/Code</u> | <u>Description of Offense Charged</u> | <u>Count Numbers</u> |
|---|---|---|
| Set 1  21 USC 846 | CONSPIRACY DISTRIBUTE COCAINE | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

js-45-colon.wpd - 2/7/02

JS 45  (5/97) - (Revised U.S.D.C. MA 2/7/02)

## Criminal Case Cover Sheet                    U.S. District Court - District of Massachusetts

**Place of Offense:**          **Category No.**  II_____       **Investigating Agency**  DEA_____

**City**  Lynn_____       **Related Case Information:**

**County**  Essex_____       Superseding Ind./ Inf.  X_____   Case No.  04-10299 PBS
                                        Same Defendant _____   New Defendant  x_____
                                        Magistrate Judge Case Number  ██████████████
                                        Search Warrant Case Number  04-M-1720 to 1730
                                        R 20/R 40 from District of _____

### Defendant Information:

Defendant Name   ROGELIO GARCIA_____       Juvenile:       ☐ Yes    X No

Alias Name     LACUILLA

Address      85 WALNUT AVE., REVERE, MA

Birthdate:  7/15/80_____   SS #  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  Sex:  MALE  Race:  Hispanic_____   Nationalit  USA

**Defense Counsel if known:**     James H. Budreau, Esq.     Address  20 Park Plaza, Boston, MA

Bar Number  _____

### U.S. Attorney Information:

AUSA   Robert L. Peabody._____       Bar Number if applicable   551936_____

**Interpreter:**     ☐ Yes    X No       List language and/or dialect:  _____

**Matter to be SEALED:**       Yes   ████████

         Warrant Requested       X☐  Regular Process        In Custody

**Location Status:**

Arrest Date  _____

    Already in Federal Custody as of  _____  in  _____
☐ Already in State Custody at —————————— ☐ Serving Sentence   ☐ Awaiting Trial
X On Pretrial Release:   Ordered by:   Mag. Judge Swartwood_____  on  _____

**Charging Document:**     Complaint     ☐ Information     X Indictment

**Total # of Counts:**     ☐ Petty _____   ☐ Misdemeanor _____   ☐ X Felony ——1——

Continue on Page 2 for Entry of U.S.C. Citations

I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date:  10/6/04_____       Signature of AUSA:  _Robert L. Peabody_

JS 45 (5/97)  (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**    ROGELIO GARCIA

## U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 21 USC 846 | CONSPIRACY DISTRIBUTE COCAINE | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

js-45-garcia.wpd - 2/7/02

YS JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

**Criminal Case Cover Sheet**                                    **U.S. District Court - District of Massachusetts**

**Place of Offense:**          **Category No.**  II _____      **Investigating Agency**   DEA _____

**City**   Lynn _____          **Related Case Information:**

**County**   Essex _____          Superseding Ind./ Inf.   X _____      Case No.   04-10299 PBS
                                       Same Defendant _____      New Defendant   x _____
                                       Magistrate Judge Case Number   ~~04-M-1685-CBS~~
                                       Search Warrant Case Number   04-M-1720-to -1730 _____
                                       R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name   JAVIER ANGEL ROMERO _____      Juvenile:   ☐ Yes   X No

Alias Name   RAMON ACOSTA _____

Address   4 SHERMAN STREET, LYNN, MA _____

Birthdate:  3/15/64 ____  SS #  000 00 0172  Sex:  MALE  Race:  Hispanic _____   Nationalit  Dominican _____

**Defense Counsel if known:**   Raymond Buso, Esq. _____      Address  15 Church St., Salem , MA _____

Bar Number _____

**U.S. Attorney Information:**

AUSA   Robert L. Peabody. _____      Bar Number if applicable   551936 _____

**Interpreter:**   X Yes   No      List language and/or dialect:   Spanish _____

**Matter to be SEALED:**   Yes   ~~No~~

      Warrant Requested          ☐ Regular Process          X In Custody

**Location Status:**

Arrest Date          5/1/04 _____

X Already in Federal Custody as of _____   in   Wyatt Detention, Central Falls, RI _____  .
☐ Already in State Custody at _____   ☐ Serving Sentence      ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by: _____   on _____

**Charging Document:**          Complaint      ☐ Information          X Indictment

**Total # of Counts:**   ☐ Petty _____   ☐ Misdemeanor _____   X Felony   1

Continue on Page 2 for Entry of U.S.C. Citations

**I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date:  10/6/04 _____      Signature of AUSA:  _Robert L. Peabody_

JS 45 (5/97)  (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**    JAVIER ANGEL ROMERO   AKA RAMON ACOSTA _____

### U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 21 USC 846 | CONSPIRACY DISTRIBUTE COCAINE | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

js-45-acosta.wpd - 2/7/02

JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

## Criminal Case Cover Sheet

### U.S. District Court - District of Massachusetts

**Place of Offense:**    Category No. __II__    Investigating Agency __DEA__

**City** __Lynn__    **Related Case Information:**

**County** __Essex__    Superseding Ind./ Inf. __X__    Case No. __04-10299 PBS__
Same Defendant    New Defendant __x__
Magistrate Judge Case Number ▇▇▇▇▇▇▇
Search Warrant Case Number    __04-M-1720 to 1730__
R 20/R 40 from District of

### Defendant Information:

Defendant Name __CRISTIAN GERMOSEN__    Juvenile:    ☐ Yes    X No

Alias Name

Address    __27 WARREN ST, NEWBURYPORT, MA__

Birthdate: __3/22/78__    SS # __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__  Sex: __MALE__  Race: __Hispanic__    Nationalit __Dominican__

**Defense Counsel if known:**    __Michael Hickey, Esq.__    Address __15 Church St., Salem, MA__

Bar Number

### U.S. Attorney Information:

AUSA __Robert L. Peabody,__    Bar Number if applicable __551936__

**Interpreter:**    X  Yes    No    List language and/or dialect:    __Spanish__

**Matter to be SEALED:**    Yes  ▇▇▇▇▇

Warrant Requested    ☐ Regular Process    x  In Custody

### Location Status:

Arrest Date    __5/1/04__

x  Already in Federal Custody as of _____ in __Wyatt Detention, Central Falls, RI__ .
☐ Already in State Custody at _____ ☐ Serving Sentence    ☐ Awaiting Trial
On Pretrial Release:    Ordered by: _____ on _____

**Charging Document:**    Complaint    ☐ Information    X Indictment

**Total # of Counts:**    ☐ Petty ——    ☐ Misdemeanor ——    ☐X Felony —1—

Continue on Page 2 for Entry of U.S.C. Citations

**I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date: __10/6/04__    Signature of AUSA:    _Robert L. Peabody._

JS 45 (5/97)  (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**    CRISTIAN GERMOSEN _____

**U.S.C. Citations**

|  | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 21 USC 846 | CONSPIRACY DISTRIBUTE COCAINE | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

_____

js-45-germosen.wpd - 2/7/02

JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

**Place of Offense:**          **Category No.**  II          **Investigating Agency**   DEA

**City**  Lynn                          **Related Case Information:**

**County**   Essex                      Superseding Ind./ Inf.   X          Case No.   04-10299 PBS
                                        Same Defendant                New Defendant  x
                                        Magistrate Judge Case Number   ▮▮▮▮▮▮▮
                                        Search Warrant Case Number    04-M-1720 to 1730
                                        R 20/R 40 from District of

**Defendant Information:**

Defendant Name   JUAN MARTINEZ                          Juvenile:       ☐ Yes    X No

Alias Name    MARCELINO CUEVAS  AKA CHON

Address       22 PARK STREET, LYNN MA

Birthdate:  5/21/68      SS #  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  Sex:  MALE  Race:  Hispanic          Nationalit  Mexican

**Defense Counsel if known:**                          Address

Bar Number

**U.S. Attorney Information:**

AUSA   Robert L. Peabody.                          Bar Number if applicable

**Interpreter:**      X  Yes      No          List language and/or dialect:          Spanish

**Matter to be SEALED:**          Yes   ▮▮▮▮▮▮▮

          Warrant Requested          ☐ Regular Process          In Custody

**Location Status:**

Arrest Date          FUGITIVE

   Already in Federal Custody as of                          in                                   .
☐ Already in State Custody at ───────────── ☐ Serving Sentence     ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by:                          on

**Charging Document:**       Complaint       ☐ Information       X  Indictment

**Total # of Counts:**    ☐ Petty ─────── ☐ Misdemeanor ─────── ☐ X Felony ──┼──

                    Continue on Page 2 for Entry of U.S.C. Citations

          I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
          accurately set forth above.

Date:   10/6/04          Signature of AUSA:   Robert L. Peabody

JS 45 (5/97)  (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**    JUAN MARTINEZ _____

### U.S.C. Citations

| **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|
| Set 1    21 USC 846 | CONSPIRACY DISTRIBUTE COCAINE | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

_____

JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

**Place of Offense:**          **Category No.** II                 **Investigating Agency** DEA

**City** Lynn                        **Related Case Information:**

**County** Essex                     Superseding Ind./ Inf. X          Case No. 04-10299 PBS
                                     Same Defendant _____ New Defendant x
                                     Magistrate Judge Case Number ~~04 M 1685 GPS~~
                                     Search Warrant Case Number    04 M-1720 to 1730
                                     R 20/R 40 from District of

**Defendant Information:**

Defendant Name    GERARDO VASSEUR ORTIZ              Juvenile:    ☐ Yes    X No

Alias Name    SCARFACE

Address

Birthdate: 6/23/72    SS # 000 00    Sex: MALE Race: Hispanic    Nationalit Dominican

**Defense Counsel if known:**    Richard M. Welch, Esq.    Address 80 Worcester St., No. Grafton, MA

Bar Number

**U.S. Attorney Information:**

AUSA    Robert L. Peabody,                   Bar Number if applicable    551936

**Interpreter:**    X Yes    No    List language and/or dialect:    Spanish

**Matter to be SEALED:**    Yes    X ▓▓▓▓▓

         Warrant Requested    ☐ Regular Process    X In Custody

**Location Status:**

Arrest Date    5/1/04

X Already in Federal Custody as of _____ in Wyatt Detention, Central Falls, RI .
☐ Already in State Custody at _____ ☐ Serving Sentence    ☐ Awaiting Trial
☐ On Pretrial Release:    Ordered by: _____ on

**Charging Document:**    Complaint    ☐ Information    X Indictment

**Total # of Counts:**    ☐ Petty ———    ☐ Misdemeanor ———    X☐ Felony — 1

Continue on Page 2 for Entry of U.S.C. Citations

**I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
accurately set forth above.**

Date: 10/6/04          Signature of AUSA:    Robert L. Peabody

JS 45 (5/97)  (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**    GERARDO VASSEUR ORTIZ _____

**U.S.C. Citations**

| <u>Index Key/Code</u> | <u>Description of Offense Charged</u> | <u>Count Numbers</u> |
|---|---|---|
| Set 1   21 USC 846 | CONSPIRACY DISTRIBUTE COCAINE | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

js-45-ORTIZ.wpd - 2/7/02

JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

| **Criminal Case Cover Sheet** | **U.S. District Court - District of Massachusetts** |
|---|---|

**Place of Offense:**          Category No.  II            Investigating Agency   DEA

**City**   Lynn                          **Related Case Information:**

**County**   Essex                       Superseding Ind./ Inf.   X            Case No.   04-10299 PBS
                                         Same Defendant                    New Defendant  x
                                         Magistrate Judge Case Number     ▮▮▮▮▮▮▮▮▮
                                         Search Warrant Case Number       04-M-1720-to-1730
                                         R 20/R 40 from District of

**Defendant Information:**

Defendant Name   PHILLIP ASARO                     Juvenile:      ☐ Yes    X  No

Alias Name

Address   238 SCHOOL STREET, SOMERVILLE, MA

Birthdate:  8/22/73      SS #  000 00 5581   Sex:  MALE   Race:  White            Nationalit  USA

**Defense Counsel if known:**       Kirk Y. Griffin, Esq.        Address  50 Staniford St., Boston,

Bar Number

**U.S. Attorney Information:**

AUSA   Robert L. Peabody.                        Bar Number if applicable    551936

**Interpreter:**       ☐ Yes    X  No         List language and/or dialect:

**Matter to be SEALED:**          Yes  ▮▮▮▮▮▮

     Warrant Requested          X  Regular Process          In Custody

**Location Status:**

Arrest Date        5/1/04

     Already in Federal Custody as of _____ in _____  .
☐ Already in State Custody at _____ ☐ Serving Sentence   ☐ Awaiting Trial
X  On Pretrial Release:   Ordered by:   Mag. Judge Swartwood   on _____

**Charging Document:**       Complaint      ☐ Information       X  Indictment

**Total # of Counts:**   ☐ Petty _____   ☐ Misdemeanor _____   X  Felony ⊢─────────

Continue on Page 2 for Entry of U.S.C. Citations

I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
accurately set forth above.

Date:  10/6/04                    Signature of AUSA:   Robert L. Peabody

JS 45 (5/97)  (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**    PHILLIP ASARO _____

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1   21 USC 846 | CONSPIRACY DISTRIBUTE COCAINE | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

js-45asaro.wpd - 2/7/02

JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

**Criminal Case Cover Sheet**                         **U.S. District Court - District of Massachusetts**

**Place of Offense:**          **Category No.** II          **Investigating Agency** DEA

**City** Lynn                  **Related Case Information:**

**County** Essex               Superseding Ind./ Inf.  X          Case No.  04-10299 PBS
                               Same Defendant                    New Defendant
                               Magistrate Judge Case Number      04-M-1685 CBS
                               Search Warrant Case Number        04- M-1720 to 1730
                               R 20/R 40 from District of

**Defendant Information:**

Defendant Name    SILVESTRE LIZARDI          Juvenile:          ☐ Yes    X No

Alias Name

Address           29 HARDY STREET, NEWBURYPORT, MA

Birthdate: 12/31/80    SS # 000 00 3844   Sex: MALE  Race: Hispanic          Nationalit  Mexican

**Defense Counsel if known:**      Michael R. Schneider, Esq.      Address 95 Commercial Wf. Boston, MA

Bar Number

**U.S. Attorney Information:**

AUSA   Robert L. Peabody.                    Bar Number if applicable   551936

**Interpreter:**    X Yes    No          List language and/or dialect:          Spanish

**Matter to be SEALED:**        Yes    ~~No~~

      Warrant Requested          X Regular Process          In Custody

**Location Status:**

Arrest Date        5/1/04

   Already in Federal Custody as of                    in
☐ Already in State Custody at                    ☐ Serving Sentence    ☐ Awaiting Trial
X On Pretrial Release:   Ordered by:   Mag. Judge Swartwood   on

**Charging Document:**        Complaint    ☐ Information          X Indictment

**Total # of Counts:**   ☐ Petty          ☐ Misdemeanor          ☐ X Felony  1

Continue on Page 2 for Entry of U.S.C. Citations

**I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date: 10/6/04          Signature of AUSA:   Robert L. Peabody

JS 45 (5/97)  (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**    SILVESTRE LIZARDI _____

## U.S.C. Citations

| **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|
| Set 1  21 USC 846 | CONSPIRACY DISTRIBUTE COCAINE | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

js-45-lizardi.wpd - 2/7/02

JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

**Criminal Case Cover Sheet**                          **U.S. District Court - District of Massachusetts**

**Place of Offense:**                  Category No.  II            Investigating Agency   DEA

**City**   Lynn                        **Related Case Information:**

**County**   Essex                     Superseding Ind./ Inf.   X            Case No.   04-10299 PBS
                                       Same Defendant    x            New Defendant  x
                                       Magistrate Judge Case Number
                                       Search Warrant Case Number    04-M-1720 to 1730
                                       R 20/R 40 from District of

**Defendant Information:**

Defendant Name   ROBERT V. RUSCIO                         Juvenile:      ☐ Yes    X No

Alias Name

Address   286 NEWBURY ST., PEABODY, MA

Birthdate: 7/15/51    SS # 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  Sex: MALE  Race: White          Nationalit  USA

**Defense Counsel if known:**       Edward L. Hayden, Esq.       Address  7 Franklin St., Lynn, MA

Bar Number

**U.S. Attorney Information:**

AUSA   Robert L. Peabody.                       Bar Number if applicable   551936

**Interpreter:**      ☐ Yes    X No        List language and/or dialect:

**Matter to be SEALED:**         Yes   ~~X  No~~

  \ Warrant Requested              X☐  Regular Process            In Custody

**Location Status:**

Arrest Date

  Already in Federal Custody as of                    in
☐ Already in State Custody at                    ☐ Serving Sentence        ☐ Awaiting Trial
X  On Pretrial Release:   Ordered by:   Mag. Judge Swartwood       on

**Charging Document:**       Complaint        ☐ Information        X  Indictment

**Total # of Counts:**    ☐ Petty            ☐ Misdemeanor        X☐ Felony  1

Continue on Page 2 for Entry of U.S.C. Citations

**I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date:   10/6/04            Signature of AUSA:    Robert L. Peabody

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**    ROBERT V. RUSCIO _____

### U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 USC 846 | CONSPIRACY DISTRIBUTE COCAINE | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:** _____

# Criminal Case Cover Sheet

## U.S. District Court - District of Massachusetts

**Place of Offense:**        **Category No.**  II_____        **Investigating Agency**  DEA_____

**City**  Lynn_____        **Related Case Information:**

**County**  Essex_____

Superseding Ind./ Inf.  X_____        Case No.  04-10299 PBS
Same Defendant _____        New Defendant  x
Magistrate Judge Case Number ████████████
Search Warrant Case Number  04-M-1720 -to- 1730_____
R 20/R 40 from District of _____

## Defendant Information:

**Defendant Name**  GIOVANNI AVILA_____        Juvenile:        ☐ Yes        X No

**Alias Name**  THE PAINTER_____

**Address**  892 WASHINGTON STREET APT., LYNN, MA_____

**Birthdate:**  4/25/62____  **SS #**  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  **Sex:**  MALE____  **Race:**  Hispanic_____        Nationalit  Costa Rican

**Defense Counsel if known:**        Michael F. Natola, Esq._____        Address  Boston, MA_____

**Bar Number** _____

## U.S. Attorney Information:

**AUSA**  Robert L. Peabody,_____        Bar Number if applicable        551936_____

**Interpreter:**        X Yes        No        List language and/or dialect:        Spanish_____

**Matter to be SEALED:**        Yes  ██████████

        Warrant Requested        X  Regular Process        In Custody

## Location Status:

**Arrest Date**        5/1/04_____

☐ Already in Federal Custody as of _____ in _____

☐ Already in State Custody at _____        ☐ Serving Sentence        ☐ Awaiting Trial

X On Pretrial Release:    Ordered by:    Mag. Judge Swartwood_____    on _____

**Charging Document:**        Complaint        ☐ Information        X Indictment

**Total # of Counts:**        ☐ Petty _____        ☐ Misdemeanor _____        ☐X Felony ___1___

Continue on Page 2 for Entry of U.S.C. Citations

I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date:  10/6/04_____        Signature of AUSA:  _Robert L. Peabody_____

JS 45  (5/97)   (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**    GIOVANNI AVILA _____

### U.S.C. Citations

| <u>Index Key/Code</u> | <u>Description of Offense Charged</u> | <u>Count Numbers</u> |
|---|---|---|
| Set 1   21 USC 846 | CONSPIRACY DISTRIBUTE COCAINE | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

**Criminal Case Cover Sheet**      **U.S. District Court - District of Massachusetts**

**Place of Offense:**      **Category No.** __II__      **Investigating Agency** __DEA__

**City** __Lynn__      **Related Case Information:**

**County** __Essex__      Superseding Ind./ Inf. __X__     Case No. __04-10299 PBS__
Same Defendant            New Defendant __x__
Magistrate Judge Case Number __04-M-1685 CBS__
Search Warrant Case Number __04-M-1720 to 1730__
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name __GILBERTO ZAYAS__     Juvenile:   ☐ Yes   X No

Alias Name    Tony

Address    __39 FAYETTE STREET, APT #1, LYNN, MA 01902-2346__

Birthdate: __08/05/73__   SS # __583415419__   Sex: __MALE__ Race: __Hispanic__   Nationalit __Dominican__

**Defense Counsel if known:**    Raymond E. Gillespie, Esq.    Address __875 Mass. Ave., Cambridge, MA__

Bar Number _____

**U.S. Attorney Information:**

AUSA __Robert L. Peabody,__     Bar Number if applicable __551936__

**Interpreter:**   X Yes    No     List language and/or dialect:    Spanish

**Matter to be SEALED:**    Yes ▓▓▓▓▓▓

    Warrant Requested     ☐ Regular Process     x In Custody

**Location Status:**

Arrest Date    __5/1/04__

x Already in Federal Custody as of _____ in __Wyatt Detention, Central Falls, RI__ .
☐ Already in State Custody at _____ ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by: _____ on _____

**Charging Document:**    Complaint    ☐ Information    X Indictment

**Total # of Counts:**   ☐ Petty ———   ☐ Misdemeanor ———   ☐X Felony —— 1

Continue on Page 2 for Entry of U.S.C. Citations

**I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date: __10/6/04__    Signature of AUSA: _Robert L. Peabody._

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**    GILBERTO ZAYAS, aka Tony _____

### U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 USC 846 | CONSPIRACY DISTRIBUTE COCAINE | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

js-45-zayas.wpd - 2/7/02

JS 45  (5/97) - (Revised U.S.D.C. MA 2/7/02)

**Criminal Case Cover Sheet**      **U.S. District Court - District of Massachusetts**

**Place of Offense:**    **Category No.** II     **Investigating Agency** DEA

**City** Lynn

**County** Essex

**Related Case Information:**

Superseding Ind./ Inf. X     Case No. 04-10299 PBS
Same Defendant     New Defendant x
Magistrate Judge Case Number ~~04-M-1685 CBS~~
Search Warrant Case Number 04-M-1720 to 1730
R 20/R 40 from District of

**Defendant Information:**

Defendant Name   LUIS DEJESUS      Juvenile:    ☐ Yes    X No

Alias Name    Edgardo

Address    107 MARIANNA STREET, APT. #1, LYNN, MA

Birthdate: 11/01/66   SS # 583312821   Sex: MALE   Race: Hispanic    Nationalit Dominican

**Defense Counsel if known:**    John W. Laymon, Esq.     Address 40 Court St., Boston, MA

Bar Number

**U.S. Attorney Information:**

AUSA   Robert L. Peabody.      Bar Number if applicable   551936

**Interpreter:**    X Yes    No     List language and/or dialect:    Spanish

**Matter to be SEALED:**    Yes   ~~X No~~

    Warrant Requested    ☐ Regular Process     X In Custody

**Location Status:**

Arrest Date    5/1/04

X Already in Federal Custody as of _____ in   Wyatt Detention, Central Falls, RI .
☐ Already in State Custody at _____ ☐ Serving Sentence    ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by: _____ on _____

**Charging Document:**    Complaint    ☐ Information     X Indictment

**Total # of Counts:**    ☐ Petty    ☐ Misdemeanor     ☐X Felony   1

Continue on Page 2 for Entry of U.S.C. Citations

**I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date: 10/6/04     Signature of AUSA: _Robert L. Peabody_

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**    LUIS DEJESUS, aka Edgardo _____

### U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1   21 USC 846 | CONSPIRACY DISTRIBUTE COCAINE | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

**Place of Offense:**                Category No.  __II__          Investigating Agency  __DEA__

**City**   __Lynn__                        **Related Case Information:**

**County**   __Essex__                  Superseding Ind./ Inf.  __X__          Case No.  __04-10299 PBS__
                                        Same Defendant                 New Defendant  __x__
                                        Magistrate Judge Case Number   __04-M_____
                                        Search Warrant Case Number   __04- M 1720 to 1730__
                                        R 20/R 40 from District of   _____

**Defendant Information:**

Defendant Name   __BENITO GRULLON__                    Juvenile:      ☐ Yes    X No

Alias Name   _____

Address   _____

Birthdate:  _____  SS #  _____   Sex:  __MALE__  Race:  __Hispanic__        Nationalit  __Dominican__

**Defense Counsel if known:**      __Ron Ian Segal, Esq.__          Address  __23 Central Ave., Lynn, MA__

Bar Number   _____

**U.S. Attorney Information:**

AUSA   __Robert L. Peabody.__                    Bar Number if applicable   __551936__

**Interpreter:**      X Yes      No          List language and/or dialect:          __Spanish__

**Matter to be SEALED:**          Yes    ~~No~~

          Warrant Requested          X  Regular Process          In Custody

**Location Status:**

Arrest Date        __5/1/04__

X  Already in Federal Custody as of   _____  in   _____

☐  Already in State Custody at ──────────────  ☐ Serving Sentence    ☐ Awaiting Trial

X  On Pretrial Release:   Ordered by:   _____  on   _____

**Charging Document:**          Complaint     ☐ Information          X Indictment

**Total # of Counts:**      ☐ Petty ──────  ☐ Misdemeanor ──────  X Felony ──┼──

Continue on Page 2 for Entry of U.S.C. Citations

**I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date:  __10/6/04__          Signature of AUSA:   _Robert L. Peabody._

JS 45 (5/97)  (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**    BENITO GRULLON _____

<strong>U.S.C. Citations</strong>

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 USC 846 | CONSPIRACY DISTRIBUTE COCAINE | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

js-45-grulle.wpd - 2/7/02