JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)                                                                                                          4

| **Criminal Case Cover Sheet** | **U.S. District Court - District of Massachusetts** |

**Place of Offense:**        **Category No.**  II            **Investigating Agency**  DEA

**City**    Lynn                              **Related Case Information:**

**County**    Essex                        Superseding Ind./ Inf.    X            Case No.    04-10299 PBS
                                                     Same Defendant      x          New Defendant
                                                     Magistrate Judge Case Number    M 04-1732- CBS
                                                     Search Warrant Case Number    04 M 1720- to 1730, 04-M 1738
                                                     R 20/R 40 from District of

**Defendant Information:**

Defendant Name    RICARDO MANUEL ESTRADA                    Juvenile:      ☐ Yes    X No

Alias Name

Address

Birthdate: _____ SS # _____ Sex:  MALE  Race:  Hispanic          Nationalit  Mexican

**Defense Counsel if known:**        Eliot Weinstein, Esq.            Address  228 Lewis Wharf

Bar Number                                                               617-367-9334

**U.S. Attorney Information:**

AUSA    Neil Gallagher                              Bar Number if applicable

**Interpreter:**      X  Yes      No        List language and/or dialect:        Spanish

**Matter to be SEALED:**      Yes  X    No

            Warrant Requested        ☐ Regular Process        X  In Custody

**Location Status:**

Arrest Date

X  Already in Federal Custody as of                          Wyatt Detention, Central Falls, RI  .
☐  Already in State Custody at                    ☐ Serving Sentence        ☐ Awaiting Trial
☐  On Pretrial Release:    Ordered by:                    on

**Charging Document:**        Complaint      ☐ Information        X  Indictment

**Total # of Counts:**      ☐ Petty            ☐ Misdemeanor            X Felony      2

Continue on Page 2 for Entry of U.S.C. Citations

**I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date:    3/23/05            Signature of AUSA:

JS 45 (5/97) (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**    RICARDO MANUEL ESTRADA _____

### U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 21 USC 846 | CONSPIRACY DISTRIBUTE COCAINE | 1 |
| Set 2 | 21 USC 841 | POSS. WITH INTENT DIST. 5K OF COCAINE | 9 |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

js-45-lestradawpd.wpd - 2/7/02

JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

## Criminal Case Cover Sheet                    U.S. District Court - District of Massachusetts

**Place of Offense:**          **Category No.** __II__                    **Investigating Agency** __DEA__

**City** __Lynn__                    **Related Case Information:**

**County** __Essex__            Superseding Ind./ Inf. __X__                    Case No. __04-10299 PBS__
                                Same Defendant _____ New Defendant _____
                                Magistrate Judge Case Number __04-M-1685 CBS__
                                Search Warrant Case Number __04-M-1720-to-1730__
                                R 20/R 40 from District of _____

### Defendant Information:

Defendant Name __ANDRES MARTINEZ-ACEVEZ__          Juvenile:     ☐ Yes    X No

Alias Name     "Samuel Linares"; "Castro Casimiro"; "Joel Zequeira"; "Zequeira"; "El Viejo"

Address _____

Birthdate: _____ SS # __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__ Sex: __MALE__ Race: __Hispanic__     Nationalit __Mexican__

**Defense Counsel if known:**     John Cicilline, Esq.          Address __381 Atwells Ave., Providence, RI__

Bar Number _____

### U.S. Attorney Information:

AUSA __Neil Gallagher__                    Bar Number if applicable _____

**Interpreter:**     X Yes     No          List language and/or dialect:          __Spanish__

**Matter to be SEALED:**     Yes  X  No

        Warrant Requested     ☐ Regular Process          X In Custody

**Location Status:**

Arrest Date     __5/1/2004__

X  Already in Federal Custody as of _____ in __Wyatt Detention, Central Falls, RI__ .
☐ Already in State Custody at _____ ☐ Serving Sentence     ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by: _____ on _____

**Charging Document:**     Complaint     ☐ Information          X Indictment

**Total # of Counts:**     ☐ Petty _____ ☐ Misdemeanor _____ X Felony __2__

Continue on Page 2 for Entry of U.S.C. Citations

I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: ~~10/5/04~~  3/23/05          Signature of AUSA: _____

JS 45 (5/97) (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**  ANDRES MARTINEZ-ACEVEZ, a/k/a "Samuel Linares"; "Castro Casimiro"; "Joel Zequeira"; "Zequeira"; "El Viejo"

**U.S.C. Citations**

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 21 USC 846 | CONSPIRACY DISTRIBUTE COCAINE | 1 |
| Set 2 | 21 USC 841 | POSS. WITH INTENT DIST. 5K OF COCAINE | 9 |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

js-45-andres.wpd - 2/7/02

JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

**Place of Offense:**        **Category No.** __II__        **Investigating Agency** __DEA__

**City** __Lynn__            **Related Case Information:**

**County** __Essex__         Superseding Ind./ Inf. __X__          Case No. __04-10299 PBS__
                             Same Defendant __x__        New Defendant _____
                             Magistrate Judge Case Number    __04-M-1685 CBS__
                             Search Warrant Case Number    __04-M-1720 to 1730__
                             R 20/R 40 from District of    _____

**Defendant Information:**

Defendant Name    __JOSE ROSALES__              Juvenile:    ☐ Yes    X No

Alias Name    __TONY  AKA TONO  AKA JOEL AGOSTINI AKA JOSE ABREU__

Address    __88 NEWARK ST, LYNN MA__

Birthdate: __5/10/76__    SS # __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__ Sex: __MALE__ Race: __Hispanic__    Nationalit __Mexican__

**Defense Counsel if known:**    Raymond A. O'Hara, Esq.    Address __1 Exchange Place., Worcester, MA__

Bar Number    _____

**U.S. Attorney Information:**

AUSA    _____    Bar Number if applicable    _____

**Interpreter:**    X Yes    No    List language and/or dialect:    __Spanish__

**Matter to be SEALED:**    Yes    X    No

        Warrant Requested    ☐ Regular Process    X In Custody

**Location Status:**

Arrest Date    __5/1/04__

X  Already in Federal Custody as of    _____ in    __Wyatt Detention, Central Falls, RI__ .
☐  Already in State Custody at _____ ☐ Serving Sentence    ☐ Awaiting Trial
☐  On Pretrial Release:    Ordered by:    _____ on

**Charging Document:**    Complaint    ☐ Information    X Indictment

**Total # of Counts:**    ☐ Petty ———    ☐ Misdemeanor ———    X☐ Felony — 4

Continue on Page 2 for Entry of U.S.C. Citations

**I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date:    __3/23/05__        Signature of AUSA:

JS 45 (5/97)  (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**   JOSE ROSALES, a/k/a "Tony"; "Tono"; "Joel Agostini"; "Jose Abreu"

### U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 USC 846 | CONSPIRACY DISTRIBUTE COCAINE | 1 |
| Set 2 | 21 USC 841 | DISTRIBUTION OF COCAINE | 3, 4, 5 |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

js-45-rosales.wpd - 2/7/02

JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

**Criminal Case Cover Sheet**                     **U.S. District Court - District of Massachusetts**

**Place of Offense:**          **Category No.**  II_____      **Investigating Agency**    DEA_____

**City**  Lynn_____          **Related Case Information:**

**County**   Essex_____      Superseding Ind./ Inf.    X_____      Case No.   04-10299 PBS_____
                                     Same Defendant    x              New Defendant _____
                                     Magistrate Judge Case Number     04-M-1685 CBS_____
                                     Search Warrant Case Number     04-M-1720 to 1730_____
                                     R 20/R 40 from District of     _____

**Defendant Information:**

Defendant Name   VALENTIN MARTINEZ_____      Juvenile:        ☐ Yes    X No

Alias Name     VALENTIN RIVERA AKA V AKA VALE_____

Address     108 JOHNSON STREET, LYNN, MA_____

Birthdate:  12/20/69___  SS #  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___  Sex:  MALE___  Race:  Hispanic_____  Nationalit  Mexican_____

**Defense Counsel if known:**      Ronald Ian Segal, Esq._____      Address  23 Central Ave., Lynn, MA_____

Bar Number   _____          _____

**U.S. Attorney Information:**

AUSA   Neil Gallagher_____      Bar Number if applicable    _____

**Interpreter:**      X Yes    X No          List language and/or dialect:        Spanish_____

**Matter to be SEALED:**        Yes   X   No

        Warrant Requested        ☐ Regular Process          x In Custody

**Location Status:**

Arrest Date      5/1/04_____

x  Already in Federal Custody as of    _____  in    Wyatt Detention, Central Falls, RI____  .
☐  Already in State Custody at _____  ☐ Serving Sentence      ☐ Awaiting Trial
☐  On Pretrial Release:   Ordered by:    _____  on    _____

**Charging Document:**      Complaint      ☐ Information          X Indictment

**Total # of Counts:**      ☐ Petty ———————  ☐ Misdemeanor ——————— X☐ Felony —— 3 ———

Continue on Page 2 for Entry of U.S.C. Citations

**I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date:   3/23/05_____      Signature of AUSA: _____

JS 45 (5/97) (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**    VALENTIN MARTINEZ AKA VALENTIN RIVERA; V; VALE

### U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 USC 846 | CONSPIRACY DISTRIBUTE COCAINE | 1 |
| Set 2 | 21 USC 841 | DIST. OF 5K COCAINE | 6 |
| Set 3 | 18 USC 924 | POSS. OF FIREARM | 7 |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

js-45-valentin.wpd - 2/7/02

JS 45 (5/97) - (Revised USAO MA 6/29/04)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

Place of Offense: __MA__          Category No. _____   Investigating Agency __DEA/MSP__

City __Lynn/Peabody__                **Related Case Information:**

County   __Essex__                 Superseding Ind./ Inf. __X__          Case No. ___04-10299-PBS___
                                   Same Defendant __x__          New Defendant _____
                                   Magistrate Judge Case Number   __04-m-1685-CBS__
                                   Search Warrant Case Number   __04-m-1720 to 1730__
                                   R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name   __MANUEL GERMOSEN__          Juvenile   ☐ Yes   ☒ No

Alias Name   __Kelvin Madera, Manolo__

Address   _____

Birth date (Year only): _____   SSN (last 4 #): _____   Sex __M__ Race: __Hispanic__   Nationality: __Dom Rep__

**Defense Counsel if known:**   __Steven Judge__          Address: __23 Central Ave., #605__
                                                                __Lynn, MA 01902__
**Bar Number:** _____

**U.S. Attorney Information:**

AUSA __Neil Gallagher__                    Bar Number if applicable _____

Interpreter:   ☒ Yes  ☐ No          List language and/or dialect:   __Spanish__

Matter to be SEALED:   ☐ Yes  ☒ No

        ☐ Warrant Requested          ☐ Regular Process          ☐ In Custody

**Location Status:**

**Arrest Date:** _____

☒ Already in Federal Custody as   __May 1, 2005__   in   __Plymouth County__   .
☐ Already in State Custody _____   ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by _____   on _____

Charging Document:   ☐ Complaint   ☐ Information   ☒ Indictment

Total # of Counts:   ☐ Petty _____   ☐ Misdemeanor _____   ☒ Felony   __1 count__

**Continue on Page 2 for Entry of U.S.C. Citations**

☒   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
    accurately set forth above.

Date: 3/23/05          Signature of AUSA: _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number  (To be filled in by deputy clerk):** _____

**Name of Defendant    MANUEL GERMOSEN** _____

U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 U.S.C. Sec. 846 | Conspiracy to Distribute 5 Kg of Cocaine | Count One |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

**Criminal Case Cover Sheet**      **U.S. District Court - District of Massachusetts**

**Place of Offense:**      **Category No.** __II__      **Investigating Agency** __DEA__

**City** __Lynn__

**Related Case Information:**

**County** __Essex__

Superseding Ind./ Inf. __X__    Case No. __04-10299 PBS__
Same Defendant __X__    New Defendant _____
Magistrate Judge Case Number __04-M-1685 CBS__
Search Warrant Case Number __04-M-1720 to 1730__
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name __ABDALLAH HAMDAN__    Juvenile:    ☐ Yes    X No

Alias Name _____

Address __10 ROOSEVELT ST METHUEN MA__

Birthdate: __1/17/76__   SS # __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__ Sex: __MALE__ Race: __Arabic__   Nationalit __Palestinian__

**Defense Counsel if known:**   Melvin Norris, Esq.    Address __260 Boston Post Rd., Wayland, MA__

Bar Number _____

**U.S. Attorney Information:**

AUSA __Neil Gallagher__    Bar Number if applicable _____

**Interpreter:**    ☐ Yes   X No    List language and/or dialect: _____

**Matter to be SEALED:**    Yes   X   No

     Warrant Requested    ☐ Regular Process    X In Custody

**Location Status:**

Arrest Date    __5/1/04__

X Already in Federal Custody as of _____ in __Wyatt Detention, Central Falls, RI__ .
☐ Already in State Custody at _____ ☐ Serving Sentence    ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by: _____ on _____

**Charging Document:**    Complaint    ☐ Information    X Indictment

**Total # of Counts:**    ☐ Petty _____    ☐ Misdemeanor _____    ☐ X Felony __4__

Continue on Page 2 for Entry of U.S.C. Citations

I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
accurately set forth above.

Date: __3/23/05__      Signature of AUSA: _____

JS 45 (5/97)  (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**    ABDALLAH HAMDAN _____

### U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1   21 USC 846 | CONSPIRACY DISTRIBUTE COCAINE | 1 |
| Set 2   21 USC 841 | DISTRIBUTION OF COCAINE | 3, 4, 5 |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

js-45-hamdan.wpd - 2/7/02

JS 45 (5/97) - (Revised USAO MA 6/29/04)

**Criminal Case Cover Sheet** _____    **U.S. District Court - District of Massachusetts**

**Place of Offense:** __MA_____    **Category No.** _____    **Investigating Agency** _DEA/MSP_____

**City** _Lynn/Peabody_____    **Related Case Information:**

**County** ___Essex_____    Superseding Ind./ Inf. __X_____    Case No.    __04-10299-PBS__
                                     Same Defendant ___x_____    New Defendant _____
                                     Magistrate Judge Case Number    _04-m-1685-CBS__
                                     Search Warrant Case Number    _04-m-1720 to 1730__
                                     R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name __RICARDO MARTINEZ_____    Juvenile    ☐ Yes    ☒ No

Alias Name __Chorizo, Chon_____

Address _____

Birth date (Year only): _____ SSN (last 4 #): _____ Sex _M_ Race: __Hispanic_____ Nationality: _Dom Rep_____

**Defense Counsel if known:** _____    **Address:** _____

**Bar Number:** _____    _____

**U.S. Attorney Information:**

**AUSA** _Neil Gallagher_____    **Bar Number if applicable** _____

**Interpreter:** ☒ Yes ☐ No    List language and/or dialect:    __Spanish_____

**Matter to be SEALED:** ☐ Yes ☒ No

        ☐ **Warrant Requested**        ☐ **Regular Process**        ☐ **In Custody**

**Location Status:**

**Arrest Date:** _____

☐ **Already in Federal Custody as** _____ in _____ .
☐ **Already in State Custody** _____ ☐ Serving Sentence ☐ Awaiting Trial
☐ **On Pretrial Release:** Ordered by _____ on _____

**Charging Document:**    ☐ Complaint    ☐ Information    ☒ Indictment

**Total # of Counts:**    ☐ Petty _____    ☐ Misdemeanor _____    ☒ Felony _1 count____

**Continue on Page 2 for Entry of U.S.C. Citations**

☒    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
     accurately set forth above.

**Date:** _3/23/05_    **Signature of AUSA:** _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**    <u>RICARDO MARTINEZ</u> _____

## U.S.C. Citations

| | <u>Index Key/Code</u> | <u>Description of Offense Charged</u> | <u>Count Numbers</u> |
|---|---|---|---|
| Set 1 | 21 U.S.C. Sec. 846 | Conspiracy to Distribute 5 Kg of Cocaine | Count One |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 6/29/04)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

Place of Offense: __MA__                Category No. _____        Investigating Agency __DEA/MSP__

City __Lynn/Peabody__                **Related Case Information:**

County __Essex__                Superseding Ind./ Inf. __X__        Case No. __04-10299-PBS__
                                Same Defendant __x__        New Defendant _____
                                Magistrate Judge Case Number __04-m-1685-CBS__
                                Search Warrant Case Number __04-m-1720 to 1730__
                                R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name __HOWARD GREENBERG__                Juvenile    ☐ Yes    ☒ No

Alias Name _____

Address _____

Birth date (Year only): _____ SSN (last 4 #): _____ Sex __M__ Race: __Caucasian__ Nationality: __US__

**Defense Counsel if known:** __Roger Witkin__        Address: __6 Beacon Street, Ste 1010__
                                        __Boston, MA 02108__
**Bar Number:** _____

**U.S. Attorney Information:**

AUSA __Neil Gallagher__                Bar Number if applicable _____

Interpreter:    ☐ Yes ☐ No        List language and/or dialect:    __Spanish__

Matter to be SEALED:    ☐ Yes ☒ No

        ☐ Warrant Requested        ☐ Regular Process        ☐ In Custody

**Location Status:**

**Arrest Date:** _____

☐ Already in Federal Custody as _____ in _____ .
☐ Already in State Custody _____ ☐ Serving Sentence ☐ Awaiting Trial
☒ On Pretrial Release:    Ordered by __MJ Swartwood__        on __May 2004__

**Charging Document:**    ☐ Complaint    ☐ Information    ☒ Indictment

**Total # of Counts:**    ☐ Petty _____    ☐ Misdemeanor _____    ☒ Felony __1 count__

Continue on Page 2 for Entry of U.S.C. Citations

☒    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
accurately set forth above.

Date: __3/23/05__        Signature of AUSA: _____

JS 45  (5/97) - (Revised USAO MA 3/25/02)  Page 2 of 2 or Reverse

**District Court Case Number  (To be filled in by deputy clerk):** _____

**Name of Defendant    HOWARD GREENBERG** _____

### U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 U.S.C. Sec. 846 | Conspiracy to Distribute 5 Kg of Cocaine | Count One |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 6/29/04)

**Criminal Case Cover Sheet**                     **U.S. District Court - District of Massachusetts**

Place of Offense:  MA                    Category No.              Investigating Agency  DEA/MSP

City   Lynn/Peabody                      **Related Case Information:**

County    Essex                          Superseding Ind./ Inf.   X                Case No.   04-10299-PBS
                                         Same Defendant      x              New Defendant
                                         Magistrate Judge Case Number     04-m-1685-CBS
                                         Search Warrant Case Number     04-m-1720 to 1730
                                         R 20/R 40 from District of

**Defendant Information:**

Defendant Name   EDGAR HOFFENS                          Juvenile      ☐ Yes    ☒ No

Alias Name   Carlos Colon Rivera, Tigueron

Address

Birth date (Year only):          SSN (last 4 #):          Sex  M  Race:   Caucasian      Nationality:  US

**Defense Counsel if known:**   **John Wall**           **Address:  1 Commercial Wharf West**
                                                                    **Boston, MA 02110**
**Bar Number:**

**U.S. Attorney Information:**

AUSA  Neil Gallagher                          Bar Number if applicable

Interpreter:      ☒ Yes  ☐ No          List language and/or dialect:      **Spanish**

Matter to be SEALED:       ☐ Yes   ☒ No

       ☐ **Warrant Requested**          ☐ **Regular Process**          ☐ **In Custody**

**Location Status:**

**Arrest Date:**

☒ **Already in Federal Custody as**                      in                                    .
☐ **Already in State Custody**                   ☐ **Serving Sentence**   ☐ **Awaiting Trial**
☐ **On Pretrial Release:**   Ordered by                      on

**Charging Document:**       ☐ **Complaint**       ☐ **Information**       ☒ **Indictment**

**Total # of Counts:**       ☐ **Petty**              ☐ **Misdemeanor**            ☒ **Felony**   1 count

**Continue on Page 2 for Entry of U.S.C. Citations**

☒        I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
         accurately set forth above.

Date: 3/23/05              Signature of AUSA:

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant** __EDGAR HOFFENS__

**U.S.C. Citations**

| | <u>Index Key/Code</u> | <u>Description of Offense Charged</u> | <u>Count Numbers</u> |
|---|---|---|---|
| Set 1 | 21 U.S.C. Sec. 846 | Conspiracy to Distribute 5 Kg of Cocaine | Count One |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

**Criminal Case Cover Sheet**                     **U.S. District Court - District of Massachusetts**

**Place of Offense:**            **Category No.**  II____        **Investigating Agency**   DEA____

**City**    Lynn____            **Related Case Information:**

**County**    Essex____         Superseding Ind./ Inf.   X____         Case No.   04-10299 PBS
                                Same Defendant    X____         New Defendant ____
                                Magistrate Judge Case Number    04-M-1685 CBS
                                Search Warrant Case Number    04-M-1720 to 1730
                                R 20/R 40 from District of    ____

**Defendant Information:**

Defendant Name    ROGELIO GARCIA____        Juvenile:    ☐ Yes    X No

Alias Name    LACUILLA AKA LACUILLA AKA LACUIJI AKA EL JAROCHO AKA LA COLADERA

Address    85 WALNUT AVE., REVERE, MA

Birthdate: 7/15/80____ SS # 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____ Sex: MALE____ Race: Hispanic____ Nationalit USA____

**Defense Counsel if known:**    James H. Budreau, Esq.____    Address 20 Park Plaza, Boston, MA____

Bar Number    ____                                    ____

**U.S. Attorney Information:**

AUSA    Neil Gallagher____                Bar Number if applicable    ____

**Interpreter:**    ☐ Yes    X No        List language and/or dialect:    ____

**Matter to be SEALED:**        Yes    X    No

        Warrant Requested        X☐ Regular Process        In Custody

**Location Status:**

Arrest Date    ____

☐ Already in Federal Custody as of    ____ in    ____ .
☐ Already in State Custody at ———————— ☐ Serving Sentence    ☐ Awaiting Trial
X On Pretrial Release:    Ordered by:    Mag. Judge Swartwood____    on    ____

**Charging Document:**        Complaint        ☐ Information        X Indictment

**Total # of Counts:**        ☐ Petty    ____    ☐ Misdemeanor    ____    ☐ X Felony ——2——

Continue on Page 2 for Entry of U.S.C. Citations

I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
accurately set forth above.

Date:    3/23/05____        Signature of AUSA:    ____

JS 45 (5/97) (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**   ROGELIO GARCIA _____

### U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 USC 846 | CONSPIRACY DISTRIBUTE COCAINE | 1 |
| Set 2 | 21 USC 841 | DIST. OF 5K COCAINE | 6 |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

js-45-garcia.wpd - 2/7/02

*14*

✎JS 45 (5/97) - (Revised USAO MA 6/29/04)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

Place of Offense:   MA                    Category No. _____   Investigating Agency  DEA/MSP

City   Lynn/Peabody                     **Related Case Information:**

County   Essex                       Superseding Ind./ Inf.   X                 Case No.   04-10299-PBS
                              Same Defendant    x              New Defendant
                              Magistrate Judge Case Number    04-m-1685-CBS
                              Search Warrant Case Number    04-m-1720 to 1730
                              R 20/R 40 from District of

**Defendant Information:**

Defendant Name   JAVIER ANGEL ROMERO                  Juvenile   ☐ Yes   ☒ No

Alias Name    Ramon Acosta, the Singer

Address

Birth date (Year only): _____  SSN (last 4 #): _____  Sex  M  Race:   Hispanic   Nationality: _____

Defense Counsel if known:    **Ray Buso**              Address:  **15 Church Street**
                                        **Salem, MA 01970**
**Bar Number:**

**U.S. Attorney Information:**

AUSA   Neil Gallagher                  Bar Number if applicable _____

Interpreter:   ☒ Yes ☐ No        List language and/or dialect:    Spanish

Matter to be SEALED:   ☐ Yes  ☒ No

        ☐ Warrant Requested        ☐ Regular Process        ☐ In Custody

Location Status:

**Arrest Date:**  _____

☒ Already in Federal Custody as  _____  in  _____ .
☐ Already in State Custody  _____  ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by  _____  on  _____

Charging Document:   ☐ Complaint      ☐ Information      ☒ Indictment

Total # of Counts:   ☐ Petty  _____   ☐ Misdemeanor  _____  ☒ Felony   1 count

**Continue on Page 2 for Entry of U.S.C. Citations**

☒     I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
      accurately set forth above.

Date:  3/23/05          Signature of AUSA: