JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number (To be filled in by deputy clerk):** _____

**Name of Defendant**    JAVIER ANGEL ROMERO

## U.S.C. Citations

|  | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 U.S.C. Sec. 846 | Conspiracy to Distribute 5 Kg of Cocaine | Count One |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 6/29/04)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |
|---|---|

**Place of Offense:** MA_____    **Category No.** _____    **Investigating Agency** DEA/MSP_____

**City** Lynn/Peabody_____    **Related Case Information:**

**County** Essex_____    Superseding Ind./ Inf. __X____    Case No. 04-10299-PBS
Same Defendant __x____    New Defendant _____
Magistrate Judge Case Number    04-m-1685-CBS_____
Search Warrant Case Number    04-m-1720 to 1730_____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name    CHRISTIAN GERMOSEN_____    Juvenile    ☐ Yes    ☒ No

Alias Name    _____

Address    _____

Birth date (Year only): _____    SSN (last 4 #): _____    Sex _M_ Race:    Hispanic_____    Nationality: Dom. Rep._____

**Defense Counsel if known:**    **Michael Hickey**_____    **Address:** 15 Church Street_____
Salem, MA 01970_____

**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA** Neil Gallagher_____    **Bar Number if applicable** _____

**Interpreter:**    ☒ Yes  ☐ No    **List language and/or dialect:**    Spanish_____

**Matter to be SEALED:**    ☐ Yes    ☒ No

☐ **Warrant Requested**    ☐ **Regular Process**    ☐ **In Custody**

**Location Status:**

**Arrest Date:** _____

☒ **Already in Federal Custody as** _____ **in** _____.
☐ **Already in State Custody** _____    ☐ **Serving Sentence**    ☐ **Awaiting Trial**
☐ **On Pretrial Release:**    **Ordered by** _____ **on** _____

**Charging Document:**    ☐ Complaint    ☐ Information    ☒ Indictment

**Total # of Counts:**    ☐ Petty _____    ☐ Misdemeanor _____    ☒ Felony    1 count_____

**Continue on Page 2 for Entry of U.S.C. Citations**

☒    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 3/23/05    Signature of AUSA: _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**    CHRISTIAN GERMOSEN _____

**U.S.C. Citations**

|  | <u>Index Key/Code</u> | <u>Description of Offense Charged</u> | <u>Count Numbers</u> |
|---|---|---|---|
| Set 1 | 21 U.S.C. Sec. 846 | Conspiracy to Distribute 5 Kg of Cocaine | Count One |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 6/29/04)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

**Place of Offense:** MA _____  **Category No.** _____  **Investigating Agency** DEA/MSP _____

**City** Lynn/Peabody _____  **Related Case Information:**

**County** Essex _____   Superseding Ind./ Inf. __X_____  Case No. 04-10299-PBS
                             Same Defendant __x_____  New Defendant _____
                             Magistrate Judge Case Number __04-m-1685-CBS_____
                             Search Warrant Case Number __04-m-1720 to 1730_____
                             R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name __JUAN MARTINEZ_____   Juvenile ☐ Yes ☒ No

Alias Name __Juan Eustate_____

Address _____

Birth date (Year only): _____  SSN (last 4 #): _____  Sex _M_ Race: __Hispanic__  Nationality: __Mexican__

**Defense Counsel if known:** _____   **Address:** _____
                                                           _____

**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA** __Neil Gallagher_____   **Bar Number if applicable** _____

**Interpreter:** ☒ Yes ☐ No   **List language and/or dialect:** __Spanish_____

**Matter to be SEALED:** ☐ Yes ☒ No

  ☐ **Warrant Requested**   ☐ **Regular Process**   ☐ **In Custody**

**Location Status:**

**Arrest Date:** __FUGITIVE_____

☐ Already in Federal Custody as _____ in _____ .
☐ Already in State Custody _____  ☐ Serving Sentence  ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by _____ on _____

**Charging Document:** ☐ Complaint   ☐ Information   ☒ Indictment

**Total # of Counts:** ☐ Petty _____  ☐ Misdemeanor _____  ☒ Felony 1 count

**Continue on Page 2 for Entry of U.S.C. Citations**

☒    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 3/23/05    Signature of AUSA: _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**    JUAN MARTINEZ _____

### U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 U.S.C. Sec. 846 | Conspiracy to Distribute 5 Kg of Cocaine | Count One |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

JS 45  (5/97) - (Revised USAO MA 6/29/04)

**Criminal Case Cover Sheet** _____    **U.S. District Court - District of Massachusetts**

**Place of Offense:** MA _____    **Category No.** _____    **Investigating Agency** DEA/MSP _____

**City** Lynn/Peabody _____    **Related Case Information:**

**County** Essex _____    Superseding Ind./ Inf.  X _____    Case No.  04-10299-PBS _____
Same Defendant  x _____    New Defendant _____
Magistrate Judge Case Number  04-m-1685-CBS _____
Search Warrant Case Number  04-m-1720 to 1730 _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name  GERARDO VASSUER ORTIZ _____    Juvenile  ☐ Yes  ☒ No

Alias Name  Scarface _____

Address _____

Birth date (Year only): _____  SSN (last 4 #): _____  Sex  M  Race:  Hispanic _____  Nationality: Mexican _____

**Defense Counsel if known:**  **Richard Welsh** _____    **Address:**  80 Worchester St., Ste 5 _____
North Grafton MA, 01536 _____
**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA**  Neil Gallagher _____    **Bar Number if applicable** _____

**Interpreter:**  ☒ Yes  ☐ No    **List language and/or dialect:**  Spanish _____

**Matter to be SEALED:**  ☐ Yes  ☒ No

☐ **Warrant Requested**    ☐ **Regular Process**    ☐ **In Custody**

**Location Status:**

**Arrest Date:** _____

☒ **Already in Federal Custody as** _____  **in** _____ .
☐ **Already in State Custody** _____  ☐ **Serving Sentence**  ☐ **Awaiting Trial**
☐ **On Pretrial Release:**  **Ordered by** _____  **on** _____

**Charging Document:**  ☐ Complaint  ☐ Information  ☒ Indictment

**Total # of Counts:**  ☐ Petty _____  ☐ Misdemeanor _____  ☒ Felony  1 count _____

**Continue on Page 2 for Entry of U.S.C. Citations**

☒  I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** 3/23/05 _____    **Signature of AUSA:** _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

District Court Case Number (To be filled in by deputy clerk): _____

Name of Defendant      GERARDO VASSUER ORTIZ

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1   21 U.S.C. Sec. 846 | Conspiracy to Distribute 5 Kg of Cocaine | Count One |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

ADDITIONAL INFORMATION:

JS 45 (5/97) - (Revised USAO MA 6/29/04)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |
|---|---|

**Place of Offense:** MA _____    **Category No.** _____    **Investigating Agency** DEA/MSP

**City** Lynn/Peabody _____    **Related Case Information:**

**County** Essex _____    Superseding Ind./ Inf. __X__    Case No. 04-10299-PBS
Same Defendant __x__    New Defendant _____
Magistrate Judge Case Number __04-m-1685-CBS__
Search Warrant Case Number __04-m-1720 to 1730__
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name __PHIL ASARO__    Juvenile ☐ Yes ☒ No

Alias Name _____

Address _____

Birth date (Year only): _____ SSN (last 4 #): _____ Sex _M_ Race: __Caucasian__ Nationality: _____

**Defense Counsel if known:** __Kirk Griffin__    Address: __50 Standford Street__
__Boston, MA 02114__
**Bar Number:** _____

**U.S. Attorney Information:**

AUSA __Neil Gallagher__    **Bar Number if applicable** _____

**Interpreter:** ☐ Yes ☒ No    **List language and/or dialect:** _____

**Matter to be SEALED:** ☐ Yes ☒ No

☐ **Warrant Requested**    ☐ **Regular Process**    ☐ **In Custody**

**Location Status:**

**Arrest Date:** _____

☐ **Already in Federal Custody as** _____ in _____ .
☐ **Already in State Custody** _____ ☐ **Serving Sentence** ☐ **Awaiting Trial**
☒ **On Pretrial Release:** Ordered by __MJ Swartwood__ on __May 2004__

**Charging Document:** ☐ Complaint    ☐ Information    ☒ Indictment

**Total # of Counts:** ☐ Petty _____ ☐ Misdemeanor _____ ☒ Felony 1 count

**Continue on Page 2 for Entry of U.S.C. Citations**

☒ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 3/23/05    Signature of AUSA: _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

District Court Case Number  (To be filled in by deputy clerk): _____

Name of Defendant    PHIL ASARO _____

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 U.S.C. Sec. 846 | Conspiracy to Distribute 5 Kg of Cocaine | Count One |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

/ᶜ⁴

JS 45 (5/97) - (Revised USAO MA 6/29/04)

<u>Criminal Case Cover Sheet</u>                          <u>U.S. District Court - District of Massachusetts</u>

**Place of Offense:** <u>MA</u>          **Category No.** _____    **Investigating Agency** <u>DEA/MSP</u>

**City** <u>Lynn/Peabody</u>                 **Related Case Information:**

**County** <u>Essex</u>                     Superseding Ind./ Inf.  <u>X</u>              Case No.  <u>04-10299-PBS</u>
                                            Same Defendant  <u>x</u>              New Defendant _____
                                            Magistrate Judge Case Number  <u>04-m-1685-CBS</u>
                                            Search Warrant Case Number  <u>04-m-1720 to 1730</u>
                                            R 20/R 40 from District of  _____

**Defendant Information:**

Defendant Name  <u>SILVESTRE LIZARDI</u>                     Juvenile  ☐ Yes   ☒ No

Alias Name  _____

Address  _____

Birth date (Year only): _____  SSN (last 4 #): _____  Sex <u>M</u> Race: <u>Hispanic</u>  Nationality: _____

**Defense Counsel if known:**   **Michael Sneider**          **Address:** <u>**95 Commercial Wharf**</u>
                                                                        <u>**Boston, MA 2110**</u>
**Bar Number:**          _____

**U.S. Attorney Information:**

AUSA  <u>Neil Gallagher</u>                     Bar Number if applicable  _____

Interpreter:   ☒ Yes  ☐ No          List language and/or dialect:      <u>Spanish</u>

Matter to be SEALED:    ☐ Yes    ☒ No

      ☐ **Warrant Requested**        ☐ **Regular Process**        ☐ **In Custody**

**Location Status:**

**Arrest Date:**          _____

☒ **Already in Federal Custody as** _____ **in** _____ .
☐ **Already in State Custody** _____   ☐ **Serving Sentence**   ☐ **Awaiting Trial**
☐ **On Pretrial Release:**   **Ordered by** <u>MJ Swartwood</u>   **on** <u>May 2004</u>

**Charging Document:**    ☐ **Complaint**      ☐ **Information**      ☒ **Indictment**

**Total # of Counts:**    ☐ **Petty** _____    ☐ **Misdemeanor** _____    ☒ **Felony**  <u>1 count</u>

**Continue on Page 2 for Entry of U.S.C. Citations**

☒      I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
       accurately set forth above.

**Date:** 3/23/05          **Signature of AUSA:** _____

JS 45  (5/97) - (Revised USAO MA 3/25/02)  Page 2 of 2 or Reverse

District Court Case Number  (To be filled in by deputy clerk): _____

Name of Defendant      SILVESTRE LIZARDI

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 U.S.C. Sec. 846 | Conspiracy to Distribute 5 Kg of Cocaine | Count One |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

ADDITIONAL INFORMATION:

JS 45  (5/97) - (Revised U.S.D.C. MA 2/7/02)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |

**Place of Offense:**          Category No. __II__          **Investigating Agency** __DEA__

**City** __Lynn__          **Related Case Information:**

**County** __Essex__          Superseding Ind./ Inf. __X__          Case No. __04-10299 PBS__
Same Defendant __x__          New Defendant _____
Magistrate Judge Case Number __04-M-1685 CBS__
Search Warrant Case Number __04-M-1720 to 1730__
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name __ROBERT V. RUSCIO__          Juvenile:    ☐ Yes    X No

Alias Name _____

Address __286 NEWBURY ST., PEABODY, MA__

Birthdate: __7/15/51__    SS # __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__  Sex: __MALE__  Race: __White__          Nationalit __USA__

**Defense Counsel if known:**     Edward L. Hayden, Esq.          Address __7 Franklin St., Lynn, MA__

Bar Number _____

**U.S. Attorney Information:**

AUSA __Neil Gallagher__          Bar Number if applicable _____

**Interpreter:**     ☐ Yes    X No          List language and/or dialect: _____

**Matter to be SEALED:**     Yes    X    No

    \ Warrant Requested          X☐ Regular Process          In Custody

**Location Status:**

Arrest Date _____

    Already in Federal Custody as of _____ in _____
☐ Already in State Custody at ————————— ☐ Serving Sentence          ☐ Awaiting Trial
X On Pretrial Release:    Ordered by: __Mag. Judge Swartwood__   on _____

**Charging Document:**     Complaint          ☐ Information          X Indictment

**Total # of Counts:**     ☐ Petty ———— ☐ Misdemeanor ———— X☐ Felony —2—

Continue on Page 2 for Entry of U.S.C. Citations

**I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date: __3/23/05__          Signature of AUSA: _____

JS 45  (5/97)  (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**     ROBERT V. RUSCIO

**U.S.C. Citations**

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 USC 846 | CONSPIRACY DISTRIBUTE COCAINE | 1 |
| Set 2 | 21 USC 856 | MAINT. PLACE FOR DRUG PURPOSES | 2 |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

JS 45 (5/97) - (Revised USAO MA 6/29/04)

**Criminal Case Cover Sheet** _____ **U.S. District Court - District of Massachusetts**

**Place of Offense:** MA _____ **Category No.** _____ **Investigating Agency** DEA/MSP _____

**City** Lynn/Peabody _____ **Related Case Information:**

**County** Essex _____

Superseding Ind./ Inf. X _____ Case No. 04-10299-PBS

Same Defendant x _____ New Defendant _____

Magistrate Judge Case Number 04-m-1685-CBS _____

Search Warrant Case Number 04-m-1720 to 1730

R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name GIOVANI AVILA _____ Juvenile ☐ Yes ☒ No

Alias Name _____

Address _____

Birth date (Year only): _____ SSN (last 4 #): _____ Sex M Race: Hispanic Nationality: _____

**Defense Counsel if known:** Michael Natola _____ **Address:** 240 Commerical Street, Ste 2B
Boston, MA 02109

**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA** Neil Gallagher _____ **Bar Number if applicable** _____

**Interpreter:** ☐ Yes ☒ No **List language and/or dialect:** _____

**Matter to be SEALED:** ☐ Yes ☒ No

☐ **Warrant Requested** ☐ **Regular Process** ☐ **In Custody**

**Location Status:**

**Arrest Date:** _____

☐ Already in Federal Custody as _____ in _____.

☐ Already in State Custody _____ ☐ Serving Sentence ☐ Awaiting Trial

☒ On Pretrial Release: Ordered by MJ Swartwood on May 2004

**Charging Document:** ☐ Complaint ☐ Information ☒ Indictment

**Total # of Counts:** ☐ Petty _____ ☐ Misdemeanor _____ ☒ Felony 1 count

Continue on Page 2 for Entry of U.S.C. Citations

☒ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 3/23/05 _____ Signature of AUSA: _____

JS 45  (5/97) - (Revised USAO MA 3/25/02)  Page 2 of 2 or Reverse

District Court Case Number  (To be filled in by deputy clerk): _____

Name of Defendant     GIOVANI AVILA _____

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 U.S.C. Sec. 846 | Conspiracy to Distribute 5 Kg of Cocaine | Count One |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

ADDITIONAL INFORMATION:

JS 45 (5/97) - (Revised USAO MA 6/29/04)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |
|---|---|

**Place of Offense:** MA     **Category No.** _____     **Investigating Agency** DEA/MSP

**City** Lynn/Peabody          **Related Case Information:**

**County** Essex

Superseding Ind./ Inf.   X           Case No.   04-10299-PBS
Same Defendant   x          New Defendant _____
Magistrate Judge Case Number   04-m-1685-CBS
Search Warrant Case Number   04-m-1720 to 1730
R 20/R 40 from District of   _____

**Defendant Information:**

Defendant Name   GILBERTO ZAYAS          Juvenile   ☐ Yes   ☒ No

Alias Name   Cumbia King, Tony

Address   _____

Birth date (Year only): _____   SSN (last 4 #): _____   Sex M Race:   Hispanic   Nationality: _____

**Defense Counsel if known:**   Raymond E. Gillespie       **Address:** 875 Massachusetts Ave, Ste 32
Cambridge, MA 02139
**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA** Neil Gallagher       **Bar Number if applicable** _____

**Interpreter:**   ☒ Yes ☐ No       **List language and/or dialect:**   Spanish

**Matter to be SEALED:**   ☐ Yes   ☒ No

☐ Warrant Requested          ☐ Regular Process          ☐ In Custody

**Location Status:**

**Arrest Date:** _____

☐ Already in Federal Custody as _____ in _____
☐ Already in State Custody _____   ☐ Serving Sentence   ☐ Awaiting Trial
☒ On Pretrial Release:   Ordered by MJ Swartwood   on   May 2004

**Charging Document:**   ☐ Complaint   ☐ Information   ☒ Indictment

**Total # of Counts:**   ☐ Petty _____   ☐ Misdemeanor _____   ☒ Felony   1 count

### Continue on Page 2 for Entry of U.S.C. Citations

☒      I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 3/23/05          Signature of AUSA: _____