UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS


UNITED STATES

V.                                          NO. 04 10299 PBS – 11

HOWARD GREENBERG


MOTION AND MEMORANDUM OF DEFENDANT
<u>FOR SEQUESTRATION OF WITNESSES</u>


The defendant in the above-entitled matter respectfully moves this Honorable Court order that during the trial of the above cause, all witnesses may be sequestered and further order of this Honorable Court that all witnesses who are sequestered not talk about the case with each other until the case is over. See Rule 12(b)(2) of the Federal Rules of Criminal Procedure.


<u>REQUEST FOR ORAL ARGUMENT</u>

Defendant believes that oral argument will assist the Court and requests a hearing on this motion.  Local Rule 7.I (D).


<u>*/s/Roger Witkin*</u>
Roger Witkin
6 Beacon Street,
Suite 1010
Boston, MA 02108
Tel. 617 523 0027
Fax 617 523 2024
BBO No. 531780

/101
DATED:  May 31, 2005


UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

UNITED STATES

V.                                      NO. 04 10299 PBS - 11

HOWARD GREENBERG


CERTIFICATE OF SERVICE


I hereby certify that on this day a courtesy true copy of the within

document was served upon AUSA Neil J. Gallagher, Jr., United States Attorney's

Office, 1 Courthouse Way, Suite 9200, Boston, MA 02210 and to the attached

service list by mail which was electronically filed this day.


_/s/ Roger Witkin_
Roger Witkin
6 Beacon Street, Suite l0l0
Boston, MA 02l08
Tel. 6l7 523 0027
Fax 6l7 523 2024
BBO No. 53l780

DATE:  May 31, 2005

UNITED STATES V. HOWARD GREENBERG
NO. 04 10299 PBS
SERVICE LIST

AUSA Neil J. Gallagher, Jr.
United States Attorney's Office
United States District Court
1 Courthouse Way, Suite 9200
Boston, MA 02210

Michael C. Bourbeau, Esq.
77 Central Street
Second Floor
Boston, MA 02109

Benjamin D. Entine, Esq.
77 Franklin Street, Suite 300
Boston, MA 02110

Syrie D. Fried, Esq.
408 Atlantic Avenue
Third Floor
Boston, MA 02210

Elliot M. Weinstein
228 Lewis Wharf
Boston, MA 02110

John F. Cicilline, Esq.
387 Atwells Avenue
Providence, R.I. 02909

Raymond A. O'Hara, Esq.
1 Exchange Place
Worcester, MA 01608

Victor Beretta, Esq.
381 Atwells Avenue
Providence, R.I. 02909

Ronald Ian Segal, Esq.
23 Central Avenue, Suite 605
Lynn, MA 01901

Stephen D. Judge, Esq.

23 Central Avenue, #605
Lynn, MA 01901

Melvin Norris, Esq.
260 Boston Post Road, Suite 9
Wayland, MA 01778

John E. Wall, Esq.
1 Commercial Wharf West
Boston, MA 02110

James H. Budreau, Esq.
20 Park Plaza, Suite 905
Boston, MA 02112

Raymond Buso
15 Church Street
Salem, MA 01970

Michael P. Hickey
15 churchStreet
Salem, MA 01970

Kirk Y. Griffin, Esq.
50 Staniford Street
Boston, MA 02114

Michael R. Schneider, Esq.
95 Commercial Wharf
Boston, MA 02110

Edward L. Hayden
7 Franklin Street
Lynn, MA 01902

Michael F. Natola, Esq.
63 Atlantic Avenue
3rd Floor
Boston, MA 02110

Raymond Gillespie, Esq.
875 Massachusetts Avenue, Suite 32
Cambridge, MA 02139

John W. Laymon, Esq. UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

UNITED STATES

V.                                    NO. 04 10299 PBS - 11

HOWARD GREENBERG


CERTIFICATE OF SERVICE


I hereby certify that on this day a courtesy true copy of the within

document was served upon AUSA Neil J. Gallagher, Jr., United States Attorney's

Office, 1 Courthouse Way, Suite 9200, Boston, MA 02210 and to the attached

service list by mail which was electronically filed this day.



                                        */s/ Roger Witkin*
                                        Roger Witkin
                                        6 Beacon Street, Suite l0l0
                                        Boston, MA 02l08
                                        Tel. 6l7 523 0027
                                        Fax 6l7 523 2024
                                        BBO No. 53l780

DATE:  May 31, 2005

UNITED STATES V. HOWARD GREENBERG
NO. 04 10299 PBS
SERVICE LIST

AUSA Neil J. Gallagher, Jr.
United States Attorney's Office
United States District Court
1 Courthouse Way, Suite 9200
Boston, MA 02210

Michael C. Bourbeau, Esq.
77 Central Street
Second Floor
Boston, MA 02109

Benjamin D. Entine, Esq.
77 Franklin Street, Suite 300
Boston, MA 02110

Syrie D. Fried, Esq.
408 Atlantic Avenue
Third Floor
Boston, MA 02210

Elliot M. Weinstein
228 Lewis Wharf
Boston, MA 02110

John F. Cicilline, Esq.
387 Atwells Avenue
Providence, R.I. 02909

Raymond A. O'Hara, Esq.
1 Exchange Place
Worcester, MA 01608

Victor Beretta, Esq.
381 Atwells Avenue
Providence, R.I. 02909

Ronald Ian Segal, Esq.
23 Central Avenue, Suite 605
Lynn, MA 01901


Stephen D. Judge, Esq.

23 Central Avenue, #605
Lynn, MA 01901

Melvin Norris, Esq.
260 Boston Post Road, Suite 9
Wayland, MA 01778

John E. Wall, Esq.
1 Commercial Wharf West
Boston, MA 02110

James H. Budreau, Esq.
20 Park Plaza, Suite 905
Boston, MA 02112

Raymond Buso
15 Church Street
Salem, MA 01970

Michael P. Hickey
15 churchStreet
Salem, MA 01970

Kirk Y. Griffin, Esq.
50 Staniford Street
Boston, MA 02114

Michael R. Schneider, Esq.
95 Commercial Wharf
Boston, MA 02110

Edward L. Hayden
7 Franklin Street
Lynn, MA 01902

Michael F. Natola, Esq.
63 Atlantic Avenue
3rd Floor
Boston, MA 02110

Raymond Gillespie, Esq.
875 Massachusetts Avenue, Suite 32
Cambridge, MA 02139

John W. Laymon, Esq.
40 Court Street, Suite 700

Boston, Ma 02108


40 Court Street, Suite 700
Boston, Ma 02108